# EXHIBIT 9

# Ex. 9 to Complaint

## PATENT INFRINGEMENT CLAIM CHART

Patent: **US 6,731,607 B1** — *"Network Interface Auto-Configuration in Access Multiplexing"*

Claim Charted: **Claim 1** | Accused Product: **Nokia Multi-Access Gateway (MAG)**

This chart provides details regarding only one example of Defendants' infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendants' products. Plaintiff will be seeking Defendants' internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendants' product indicated above. This accused product is representative of Defendants' infringement of the claim. While this chart specifically addresses the functionality of one product, these infringement contentions are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Products infringe in the same general way. This chart provides Defendants with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendants' practicing the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| 1[Pre] | [Preamble]<br><br>**Multiplexing apparatus** | The Nokia MAG is described as a "high-performance and versatile subscriber management solution that supports the full range of wireline and fixed-wireless broadband services." It can be deployed as a "broadband network gateway (BNG), fixed-wireless access gateway, or converged multi-access gateway on a wide range of Nokia's Service Routing platforms." Nokia further states the MAG is "a comprehensive solution designed to converge wireline and fixed-wireless access technologies" and is a "versatile platform capable of aggregating various access technologies." The MAG-c "lets you converge wireline and fixed-wireless access" and "converge subscriber and session management on a shared 5G service-based architecture."<br><br>The MAG supports "Multi-access broadband support" including:<br><br>• Wireline access: xDSL, FTTx, xPON, hybrid fiber coax (HFC)/distributed access architecture (DAA)<br><br>• Wireless access: Carrier Wi-Fi, 4G/LTE and 5G NR<br><br>**Sources:**<br><br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br><br>[2] Infinity TDC Article: https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026)<br><br>[3] MAG-c Documentation: https://documentation.nokia.com/mag-c/24-7/index.html (Last accessed March 11, 2026)<br><br>[4] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026) | The claim preamble recites a "multiplexing apparatus," referring to a device that combines multiple subscriber data streams for transmission over a shared higher-capacity network link. The Nokia MAG literally meets this limitation. Nokia describes the MAG as a "converged multi-access gateway" that aggregates traffic from wireline access technologies (xDSL, FTTx, xPON, HFC/DAA) and wireless access technologies (Carrier Wi-Fi, 4G/LTE, 5G NR) onto common network infrastructure. This convergence and aggregation of diverse subscriber data streams is the essence of multiplexing. Nokia's description of the MAG as a platform that "converge[s] wireline and fixed-wireless access" confirms it combines multiple input data streams into a unified output for network transmission, precisely as claimed.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** The MAG performs the same FUNCTION (combining multiple subscriber data streams), in the same WAY (through traffic aggregation and convergence across access technologies), to achieve the same RESULT (efficient transmission of subscriber traffic to high-speed networks). |
| 1[Pre.a] | **for providing access to a high-speed network** | Nokia states the MAG "can be deployed as a broadband network gateway (BNG)" and enables "seamless interworking with LTE/5G core systems." The MAG-c "lets you converge fixed-wireless and wireline access services and deliver an affordable, reliable and seamless broadband experience to every customer" and "seamlessly integrates with your 5G Core in standalone or non-standalone mode." Nokia states the MAG "offers a holistic approach to broadband delivery, ensuring that users can access high-speed connectivity regardless of location or infrastructure limitations."<br><br>**Sources:**<br><br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br><br>[2] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026)<br><br>[3] Infinity TDC Article: https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026) | This phrase describes the intended purpose of the multiplexing apparatus—to serve as the gateway between subscribers and the operator's high-speed network. The Nokia MAG is expressly designed for this purpose. Nokia markets it as a BNG that connects subscribers to high-speed broadband services, including LTE and 5G networks. Nokia's statement that the MAG enables users to "access high-speed connectivity" and "seamlessly interwork with LTE/5G core systems" directly confirms the MAG provides access to high-speed networks as claimed. LTE and 5G are quintessential high-speed networks. The CUPS architecture enabling 5G core integration would be unnecessary unless the MAG were designed to interface with high-speed networks.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (connecting subscribers to high-capacity networks), WAY (through BNG gateway |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
|  |  | [4] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026) | functionality and LTE/5G interworking), RESULT (enabling subscriber access to high-speed data services). |
| 1[Pre.b] | over a plurality of subscriber lines | The Nokia MAG supports "the full range of wireline and fixed-wireless broadband services" including "Wireline access: xDSL, FTTx, xPON, hybrid fiber coax (HFC)/distributed access architecture (DAA)" and "Wireless access: Carrier Wi-Fi, 4G/LTE and 5G NR." Nokia describes the MAG as enabling "ultra-scalable subscriber management" and supporting "broadband subscriber management services, IP over Ethernet (IPoE), point-to-point protocol over Ethernet (PPPoE), LAC, and LNS" plus Fixed Wireless Access (FWA). A "du" customer success story highlights deployment "to provide broadband services over 4G/5G fixed-wireless access for smart-homes, IOT and commercial consumers in UAE" to "improve service scalability to enhance subscriber coverage."<br><br>Sources:<br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br>[2] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026)<br>[3] Nokia MAG Product Page: https://www.nokia.com/networks/ip-networks/multi-access-gateway/ (Last accessed March 11, 2026) | The phrase "over a plurality of subscriber lines" requires the apparatus to handle more than one subscriber connection. The Nokia MAG is a carrier-grade platform designed to serve large numbers of subscribers simultaneously across multiple access technologies (xDSL, FTTx, xPON, HFC, Wi-Fi, 4G/LTE, 5G NR). Each technology inherently involves multiple subscriber lines. Nokia's description of the MAG as supporting "ultra-scalable subscriber management" and real-world deployments serving "smart-homes, IOT and commercial consumers" across an entire country (UAE) confirms the MAG handles a plurality of subscriber lines.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (serving multiple subscribers concurrently), WAY (through multi-access line aggregation across diverse technologies), RESULT (concentrated subscriber traffic delivery from numerous lines). |
| 1[Pre.c] | comprising: | The term "comprising" is an open-ended transitional phrase. The Nokia MAG is a complex system that includes, but is not limited to, the elements recited in the claim.<br><br>Sources:<br>Standard patent claim construction. See MPEP § 2111.03. | "Comprising" is an open-ended transitional term meaning "including but not limited to." It does not exclude additional unrecited elements. The Nokia MAG's additional features (CUPS architecture, 5G integration, advanced QoS) do not preclude infringement. |
| 1[a] | [Element 1a]<br><br>one or more line cards comprising ports to the subscriber lines, | The Nokia MAG is deployed on Nokia's Service Routing platforms. Nokia states: "Supported hardware platforms range from the Nokia 7750 SR-a and 7750 SR-e series at the low end, to the 7750 SR and 7750 SR-s edge routing platforms powered by Nokia's FP5 routing silicon at the high end." The Nokia 7750 SR family are modular chassis-based systems populated with line cards. Platform specifications: "7750 SR-7s: 6 slots, 16 RU, 108 Tb/s" / "7750 SR-2se: 2 slots, 5 RU, 36 Tb/s" / "7750 SR-1se: 1 slot, 3 RU, 19.2 Tb/s." Line cards support subscriber access including "xDSL, FTTx, xPON, HFC/DAA" wireline and "Carrier Wi-Fi, 4G/LTE, 5G NR" wireless. The platforms support connectivity via "10/25/100/400/800GE" interfaces. The Nokia BNG implements the UP function to handle "datapath forwarding of the broadband wireline and the FWA functions." Any Nokia SR OS routing platform can act as the User Plane supporting: | This element requires "one or more line cards comprising ports to the subscriber lines." The Nokia MAG runs on Nokia 7750 SR platforms—well-known modular chassis-based systems populated with line cards. Nokia's specifications showing slot-based designs (1, 2, or 6 slots) directly confirm the modular line card architecture. These line cards provide physical ports for subscriber connections across xDSL, FTTx, xPON, HFC/DAA (wireline) and Carrier Wi-Fi, 4G/LTE, 5G NR (wireless), with "10/25/100/400/800GE" Ethernet interfaces. The Nokia BNG user plane handles "datapath forwarding of the broadband wireline and the FWA functions," confirming subscriber-facing port functionality on line cards.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (providing modular subscriber interface capacity), WAY (through slot-based modular cards on |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | BNG user plane, 4G/LTE Serving and PDN Gateway user plane, and 5G User Plane Function.<br><br>**Sources:**<br><br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br><br>[2] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026)<br><br>[3] Infinity TDC Article: https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026)<br><br>[4] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026) | chassis platforms), RESULT (scalable subscriber connection handling across diverse access technologies). |
| 1[a.i] | [Element 1a — volatile memory sub-element]<br><br>**at least one of the line cards comprising a volatile memory for storing backup configuration parameters of the apparatus;** | The Nokia 7750 SR platforms employ modular line cards equipped with purpose-built FPx network silicon. These line cards necessarily incorporate volatile memory (RAM) for high-performance packet processing, forwarding table storage, and runtime configuration management. The MAG-c architecture describes a "database virtual machine (DB-VM) — common storage for all subscriber session state" and a "session management virtual machine (SM-VM) — subscriber management function and processing" which rely on memory components across distributed system elements. Nokia's documentation describes the MAG-c as supporting "Geo-redundancy and session load-balancing across selected UPF, with headless forwarding mode in case of CP-UP connection failure," indicating the system maintains backup configuration data across components for failover. The MAG-c's "Operate and maintain" documentation provides "procedures for configuring, operating, and maintaining the MAG-c," which includes configuration backup and restore functionality.<br><br>**Sources:**<br><br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br><br>[2] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026)<br><br>[3] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026)<br><br>[4] MAG-c Documentation Portal: https://documentation.nokia.com/mag-c/ (Last accessed March 11, 2026)<br><br>[5] MAG-c 24.7: https://documentation.nokia.com/mag-c/24-7/index.html (Last accessed March 11, 2026) | This element requires that "at least one of the line cards" contain "a volatile memory for storing backup configuration parameters." Volatile memory (e.g., RAM) loses its contents when power is removed. The Nokia MAG's 7750 SR line cards necessarily contain volatile memory (RAM) for packet processing, FIB storage, and runtime configuration state. In carrier-grade equipment, line cards routinely maintain running copies of configuration parameters in volatile memory. Nokia's support for "Geo-redundancy" and "headless forwarding mode in case of CP-UP connection failure" demonstrates distributed backup configuration data for failover.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (storing backup configuration data on line cards), WAY (using RAM to cache configuration state for resilience), RESULT (enabling system restoration after failures or component replacement). |
| 1[b] | [Element 1b] | Nokia states "Nokia's 7750 Service Router (SR) family is at the core of the MAG" and describes it as an "edge routing | The claim recites "a switching unit," referring to a central hardware module for routing and switching subscriber traffic |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | and a switching unit, comprising: | platform" powered by "FP5 routing silicon." The Nokia BNG implements "the UP function to handle datapath forwarding of the broadband wireline and the FWA functions." The MAG is described as a "high-capacity, carrier-grade platform designed to deliver seamless connectivity across multiple access technologies."<br><br>Sources:<br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br>[2] Infinity TDC Article: https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026)<br>[3] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026) | between line cards and the network. The Nokia 7750 SR family—"at the core of the MAG"—is fundamentally a switching/routing platform. The Nokia BNG implements "datapath forwarding," a core switching unit function. Service provider edge routers like the 7750 SR receive packets, analyze destinations, and forward them to correct interfaces—precisely the function of a switching unit.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (central traffic switching and coordination), WAY (through dedicated switching hardware with FP5 routing silicon), RESULT (coordinated data forwarding between line cards and network). |
| 1[b.i] | [Element 1b — non-volatile memory]<br><br>**a non-volatile memory, adapted to store operating configuration parameters;** | The Nokia MAG leverages the "robust Service Router Operating System (SR OS)" which resides in non-volatile storage on the hardware platforms. The MAG-c includes a "database virtual machine (DB-VM) — common storage for all subscriber session state." Nokia's MAG-c documentation provides "installation guidance, operation and maintenance details." The "Operate and maintain" section provides "procedures for configuring, operating, and maintaining the MAG-c." The "operation and maintenance virtual machine (OAM-VM)" provides the "management interface for the MAG-c configuration." The Nokia 7750 SR platforms include non-volatile storage (flash memory, SSDs) for SR OS, configurations, and operational data that persist across power cycles.<br><br>Sources:<br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br>[2] Infinity TDC Article: https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026)<br>[3] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026)<br>[4] MAG-c Documentation Portal: https://documentation.nokia.com/mag-c/ (Last accessed March 11, 2026) | This element requires the switching unit to include "a non-volatile memory, adapted to store operating configuration parameters." Non-volatile memory (e.g., flash, NVRAM) retains data when power is removed. The Nokia MAG's 7750 SR platforms necessarily store SR OS and operating configurations in non-volatile memory (flash/SSD) to survive power cycles and reboots. The MAG-c DB-VM provides "common storage for all subscriber session state," which must be persistent to ensure continuous service. Nokia's documentation of installation, configuration, and maintenance procedures confirms persistent configuration storage. Without non-volatile memory, the MAG would lose its OS and configuration after a power cycle.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (persistent storage of operational settings), WAY (using flash/SSD on SR platforms and virtualized infrastructure), RESULT (configuration persistence across power cycles enabling automatic restoration). |
| 1[c] | [Element 1c]<br><br>**a controller, operative to receive the backup configuration parameters stored in the volatile memory** | The Nokia MAG includes a dedicated controller: the "Nokia Multi-Access Gateway controller (MAG-c)." Nokia states the MAG-c "enables disaggregated deployment of the Nokia fixed-wireless access (FWAG) and wireline broadband network gateway (BNG)" and "implements both the fixed access and fixed wireless access (FWA) CP functions." The MAG-c is a "virtualized control plane that can independently scale on | This element requires "a controller, operative to receive the backup configuration parameters stored in the volatile memory." The Nokia MAG-c is explicitly Nokia's controller for the MAG system. It manages configuration and subscriber sessions system-wide. The MAG-c's DB-VM and SM-VM manage and process configuration data. Support for "Geo-redundancy" and "headless forwarding mode in case of CP-UP |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | general purpose compute servers and seamlessly integrates with your 5G Core." The MAG-c architecture includes: "operation and maintenance virtual machine (OAM-VM) — management interface for the MAG-c configuration," "database virtual machine (DB-VM) — common storage for all subscriber session state," "session management virtual machine (SM-VM) — subscriber management function and processing," and "load balancing virtual machine (LB-VM) — load distribution to various SM-VMs." The MAG-c supports "Geo-redundancy and session load-balancing across selected UPF, with headless forwarding mode in case of CP-UP connection failure."<br><br>Sources:<br><br>[1] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026)<br><br>[2] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026)<br><br>[3] MAG-c Documentation Portal: https://documentation.nokia.com/mag-c/ (Last accessed March 11, 2026)<br><br>[4] MAG-c 24.7: https://documentation.nokia.com/mag-c/24-7/index.html (Last accessed March 11, 2026) | connection failure" demonstrates capability to recover using stored backup configurations. The MAG-c's role in "configuring, operating, and maintaining" the system necessarily includes receiving and applying configuration data from distributed system components.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (accessing backup configuration data), WAY (through virtualized control plane with DB-VM and SM-VM), RESULT (operational continuity and failure recovery). |
| 1[c.i] | [Element 1c — update sub-element]<br><br>and to update the operating configuration parameters in the non-volatile memory responsive to the backup configuration parameters; | The MAG-c's "Operate and maintain" documentation provides "functional descriptions and procedures for configuring, operating, and maintaining the MAG-c." The OAM-VM provides the "management interface for the MAG-c configuration," enabling configuration updates. The DB-VM serves as "common storage for all subscriber session state," which is updated responsive to operational changes.<br><br>Sources:<br><br>[1] MAG-c 24.7: https://documentation.nokia.com/mag-c/24-7/index.html (Last accessed March 11, 2026)<br><br>[2] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026)<br><br>[3] MAG-c Documentation Portal: https://documentation.nokia.com/mag-c/ (Last accessed March 11, 2026) | This element requires the controller to "update the operating configuration parameters in the non-volatile memory responsive to the backup configuration parameters." The Nokia MAG-c's OAM-VM provides configuration management, and the DB-VM stores subscriber session state persistently. Configuration management procedures for "configuring, operating, and maintaining" the system inherently include updating stored configurations responsive to operational state changes.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (updating system configuration based on backup data), WAY (through configuration management interfaces and persistent database storage), RESULT (maintaining current and consistent operational configuration). |
| 1[d] | [Element 1d]<br><br>and a communication interface, over which the switching unit is coupled to communicate with the network in accordance with the operating configuration parameters so as to link the | The Nokia MAG connects to the network through communication interfaces on its 7750 SR platforms. Nokia states the MAG "can be deployed as a broadband network gateway (BNG)" and enables "seamless interworking with LTE/5G core systems" via "Standards-based Control and User Plane Separation (CUPS)." Platform connectivity specifications: "10/25/100/400/800GE" interfaces. The MAG-c documentation describes "3GPP X1, X2, and X3 interfaces" for | This element requires "a communication interface, over which the switching unit is coupled to communicate with the network in accordance with the operating configuration parameters so as to link the ports of the line cards to the network." The Nokia MAG includes multiple network-facing communication interfaces (10/25/100/400/800GE Ethernet, plus 3GPP X1/X2/X3 interfaces) through which its switching unit connects to the operator's backbone network. The MAG's BNG |

Ex. 9 - Infringement Claim Chart | US Patent No. 6,731,607 B1 | Claim 1 | Nokia Multi-Access Gateway (MAG)

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | ports of the line cards to the network. | network communication. The X1 interface "connects the MAG-c and the LI Gateway (LIG) and is used for configuration." The OAM-VM provides the "management interface for the MAG-c configuration." Nokia describes the MAG's core function as converging "wireline and fixed-wireless access technologies, enabling service providers to deliver affordable, reliable, and uninterrupted broadband experiences." The Nokia BNG implements the UP function "to handle datapath forwarding of the broadband wireline and the FWA functions."<br><br>Sources:<br>[1] Nokia MAG Datasheet: https://www.nokia.com/asset/210510 (Last accessed March 11, 2026)<br>[2] Nokia MAG White Paper: https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026)<br>[3] MAG-c CUPS Overview: https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026)<br>[4] MAG-c LI FWA: https://documentation.nokia.com/mag-c/25-10/books/acg/MAG-c-classic/c265-mag-c-li-fwa.html (Last accessed March 11, 2026)<br>[5] Infinity TDC Article: https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026) | implementation handles "datapath forwarding" for wireline and FWA—the mechanism by which subscriber port traffic reaches the network. The MAG-c's OAM-VM controls configuration, ensuring communication operates "in accordance with" stored operating parameters. The MAG's fundamental purpose—converging wireline and fixed-wireless access to deliver broadband services—requires linking line card subscriber ports to the network through these interfaces.<br><br>**Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).** FUNCTION (coupling switching unit to network, linking subscriber ports to network), WAY (through 10G-800G Ethernet and 3GPP interfaces on SR platforms), RESULT (enabling subscriber access to high-speed network services through the switching unit). |

## Key Sources

| # | Source Description | URL | Type |
|---|---|---|---|
| 1 | Nokia MAG Datasheet | https://www.nokia.com/asset/210510 (Last accessed March 11, 2026) | Product Datasheet |
| 2 | Nokia MAG Product Page | https://www.nokia.com/networks/ip-networks/multi-access-gateway/ (Last accessed March 11, 2026) | Product Webpage |
| 3 | Nokia MAG Product Page (Alt) | https://www.nokia.com/ip-networks/multi-access-broadband-network-gateway/ (Last accessed March 11, 2026) | Product Webpage |
| 4 | Nokia MAG White Paper (CUPS) | https://www.nokia.com/asset/214502/ (Last accessed March 11, 2026) | White Paper |
| 5 | Nokia MAG Solution Brief | https://www.nokia.com/asset/214593/ (Last accessed March 11, 2026) | Solution Brief |
| 6 | MAG-c Documentation Portal | https://documentation.nokia.com/mag-c/ (Last accessed March 11, 2026) | Technical Manual |
| 7 | MAG-c 24.7 Documentation | https://documentation.nokia.com/mag-c/24-7/index.html (Last accessed March 11, 2026) | Technical Manual |
| 8 | MAG-c CUPS Overview (25.3) | https://documentation.nokia.com/mag-c/25-3/books/overview/introduction-nokia-cups.html (Last accessed March 11, 2026) | Configuration Guide |
| 9 | MAG-c LI FWA Documentation | https://documentation.nokia.com/mag-c/25-10/books/acg/MAG-c-classic/c265-mag-c-li-fwa.html (Last accessed March 11, 2026) | Configuration Guide |

| 10 | Infinity TDC — Nokia MAG Article | https://infinitytdc.com/seamless-broadband-nokia-multi-access-gateway-mag/ (Last accessed March 11, 2026) | Third-Party Article |
| 11 | Nokia MAG Products Page | https://www.nokia.com/networks/products/multi-access-gateway/ (Last accessed March 11, 2026) | Product Webpage |

**INDIRECT INFRINGEMENT BY NOKIA**

On information and belief, Defendants, in addition to directly infringing the Asserted Patents, infringe each of the Asserted Patents indirectly.  Nokia actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011).

Knowledge. On information and belief, Nokia has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. Nokia's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. Nokia actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendants' knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by Nokia.