# EXHIBIT 11

# Ex. 11 to Complaint

## PATENT INFRINGEMENT CLAIM CHART

Patent: **US 7,283,478 B2**  —  *"Traffic Engineering in Bi-Directional Ring Networks"*

Claim Charted: **Claim 1**  |  Accused Product: **Nokia 7750 SR Service Router**

This chart provides details regarding only one example of Defendants' infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendants' products.  Plaintiff will be seeking Defendants' internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendants' product indicated above. This accused product is representative of Defendants' infringement of the claim.  While this chart specifically addresses the functionality of one product, these infringement contentions are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Instrumentalities infringe in the same general way. This chart provides Defendants with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendants' practicing the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| 1[Pre] | **In a communication system made up of network nodes arranged in multiple interconnected networks, including a bi-directional ring network having an inner ring and an outer ring, a method for traffic engineering, comprising:** | The Nokia 7750 SR operates as a network node in complex, multi-network service provider and enterprise environments.<br><br>Nokia 7750 SR Product Page: The Nokia 7750 SR is described as a "multi-terabit service router for mobile, fixed, and cloud" providing "high-performance IP edge and core routers" with "scalable capacity up to 230 Tb/s FD" supporting "the full array of IP routing applications in service provider, webscale and enterprise networks."<br>*URL: https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)*<br><br>Nokia 7750 SR-s Data Sheet: The 7750 SR supports a "full array of demanding applications on a common platform" including "edge router, core router, peering router, data center gateway, multi-access gateway, fixed-wireless gateway, broadband network gateway, IPsec gateway, and aggregation applications." The SR OS provides "exceptional IP network performance."<br>*URL: https://www.nokia.com/asset/205421/ (Last accessed March 11, 2026)*<br><br>Nokia 7750 SR Portfolio Overview: The 7750 SR is part of a "comprehensive family of high-performance IP routers designed for a wide range of applications, from the network edge to the core" and supports "advanced IP/MPLS capabilities, deep automation, and carrier-grade security for edge, core, and data center roles."<br>*URL: https://callmc.com/nokia-7750-service-router-portfolio/ (Last accessed March 11, 2026)*<br><br>Nokia SR OS Page: The Service Router Operating System (SR OS) supports "the full array of network functions and services."<br>*URL: https://www.nokia.com/ip-networks/service-router-operating-system-nos/ (Last accessed March 11, 2026)*<br><br>Nokia 7750 SR Data Sheet (AL-Enterprise): The Nokia 7750 SR supports "a full array of network functions and services."<br>*URL: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7750-service-router-datasheet-en.pdf (Last accessed March 11, 2026)*<br><br>**Bi-Directional Ring with Inner and Outer Rings:** | The preamble requires a communication system with network nodes in multiple interconnected networks, including a bi-directional ring network with inner and outer rings, implementing a method for traffic engineering.<br><br>Network Nodes in Multiple Interconnected Networks: The Nokia 7750 SR is deployed as a core network element in service provider networks consisting of multiple interconnected network segments — access, aggregation, core, and interconnections to other providers and enterprises. Nokia's documentation confirms the 7750 SR is a "multi-terabit service router for mobile, fixed, and cloud" and part of a "comprehensive family of high-performance IP routers designed for a wide range of applications, from the network edge to the core."<br><br>**Bi-Directional Ring with Inner and Outer Rings:**<br><br>(a) SONET/SDH BLSR: The Nokia 7750 SR's SONET/SDH interfaces participate in BLSR configurations where the working and protection fibers directly correspond to the claimed "inner ring and outer ring." BLSR inherently operates with two distinct ring paths providing a direct literal mapping to the claim language.<br><br>(b) G.8032 Ethernet Ring Protection: The Nokia 7750 SR supports G.8032 |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | (1) G.8032 ERPS Ring Support: The Nokia 7750 SR supports G.8032 Ethernet Ring Protection Switching with sub-50 ms protection and RPL blocking in ring topologies.<br>URL: https://documentation.nokia.com/sr/22-10/books/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)<br><br>(2) SONET/SDH BLSR Ring Support: The Nokia 7750 SR supports SONET/SDH interfaces participating in Bidirectional Line-Switched Ring (BLSR) configurations with distinct working (inner) and protection (outer) rings.<br><br>(3) Nokia Advanced Configuration Guide: Documents G.8032 Ethernet ring protection and multi-ring behavior on the 7750 SR platform.<br>URL: https://documentation.nokia.com/cgi-bin/dbaccessfilename.cgi/3HE14991AAABTQZZA01_V1_Advanced%20Configuration%20Guide%20for%207450%20ESS%207750%20SR%20and%207950%20XRS%20for%20Releases%20up%20to%2016.0.R7%20-%20Part%20II.pdf (Last accessed March 11, 2026)<br><br>Traffic Engineering: The Nokia 7750 SR supports MPLS-TE, SR-TE, OSPF-TE, IS-IS-TE, and RSVP-TE, enabling constraint-based path computation, bandwidth reservation, and QoS management. Nokia FP routing silicon and the SR OS enable "deterministic packet forwarding, advanced IP/MPLS capabilities."<br>URL: https://callmc.com/nokia-7750-service-router-portfolio/ (Last accessed March 11, 2026) | ring topologies with sub-50 ms protection switching. The two directions of traffic flow (clockwise and counterclockwise) can be logically mapped to "inner" and "outer" rings.<br><br>Method for Traffic Engineering: The Nokia 7750 SR implements comprehensive traffic engineering through MPLS-TE, SR-TE, OSPF-TE, IS-IS-TE, and RSVP-TE, directly satisfying this requirement.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (providing network connectivity and traffic engineering in interconnected networks with ring topology protection), in substantially the same way (using standard IP/MPLS protocols with ring protection switching), to achieve substantially the same result (optimized traffic flow with fault protection in ring networks). |
| 1[a] | defining the bi-directional ring network as a multi-access network for purposes of a routing protocol used in the system; | **Nokia 7750 SR-a Data Sheet — Routing Protocol Support:**<br>• IP unicast routing: IS-IS, OSPF, RIP, MBGP<br>• Unicast Reverse Path Forwarding (uRPF)<br>• IPv4 and IPv6 feature parity<br>URL: https://www.nokia.com/asset/i/205422/ (Last accessed March 11, 2026)<br><br>Nokia SR-OS OSPF Configuration Guide: Confirms OSPF interface type is configurable as "broadcast" on any interface, which treats the connected network segment as a multi-access network. When configured as broadcast, OSPF elects a Designated Router (DR) and Backup DR and | This element requires "defining the bi-directional ring network as a multi-access network for purposes of a routing protocol used in the system."<br><br>OSPF Broadcast Configuration: Nokia SR-OS allows configuring the OSPF interface type as "broadcast" on any interface, including interfaces participating in ring topologies. When configured as broadcast, OSPF treats |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | represents the segment as a single network in its link-state database. This configuration can be applied to interfaces participating in ring topologies.<br>Reference: *Nokia SR-OS OSPF Configuration Guide (https://documentation.nokia.com/html/0_add-h-f/93-0074-HTML/7750_SR_OS_Routing_Protols_Guide/ospf.html) (Last accessed March 11, 2026)*<br><br>Nokia 7750 SR Product Page: The Nokia 7750 SR "delivers high-performance IP edge and core routing" and supports "advanced traffic engineering capabilities" including "both MPLS and Segment Routing protocols."<br>URL: *https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)*<br><br>Nokia 7750 SR-s Data Sheet: Supports "the full array of demanding IP routing applications, including edge, core, peering, data center gateway, broadband gateway, and multi-access aggregation."<br>URL: *https://www.nokia.com/asset/i/205421/ (Last accessed March 11, 2026)*<br><br>G.8032 Multi-Access Characteristic: The Nokia 7750 SR's G.8032 Ethernet rings create a multi-access environment where all nodes on the ring share the same broadcast domain and can communicate directly, embodying multi-access network characteristics.<br>URL: *https://documentation.nokia.com/sr/22-10/books/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)* | the ring as a multi-access network — it elects a DR and Backup DR and represents the segment as a single network. This directly satisfies the claim requirement.<br><br>G.8032 Ring Multi-Access Characteristics: The underlying G.8032 Ethernet ring architecture creates an inherently multi-access environment. All nodes share the same broadcast domain, embodying multi-access network characteristics. The routing protocol operating over this infrastructure inherently operates in a multi-access context.<br><br>IS-IS Multi-Access Treatment: IS-IS handles multi-access networks through pseudonode creation, representing the multi-access segment when operating over broadcast-configured interfaces or G.8032 rings.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (configuring routing protocol behavior for ring networks), in substantially the same way (through routing protocol interface configuration), to achieve substantially the same result (appropriate routing protocol operation in ring topology). |
| 1[b] | advertising constraint information to the nodes in the system outside the bi-directional ring | Nokia SR-OS MPLS Guide: Documents that "MPLS-TE… OSPF-TE/IS-IS-TE extensions advertise maximum bandwidth, maximum reservable bandwidth, and unreserved bandwidth per priority." These constraint | This element requires "advertising constraint information to the nodes in the system outside the bi-directional |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | **network with regard to connections on the inner and outer rings between the nodes within the bi-directional ring network,** | parameters are advertised for each link through standardized TLV extensions.<br>*Reference:* Nokia SR-OS MPLS Guide (https://documentation.nokia.com/html/0_add-h-f/93-0075-10-01/7750_SR_OS_MPLS_Guide/MPLS-Intro.html) (Last accessed March 11, 2026)<br><br>**Nokia 7750 SR-a Data Sheet — Routing and TE Protocol Support:**<br>  • IP unicast routing: IS-IS, OSPF<br>  • MPLS: LER and LSR functions with seamless MPLS designs<br>  • MPLS-Transport Profile (MPLS-TP)<br>  • LDP and RSVP for MPLS signaling and traffic engineering<br>*URL:* https://www.nokia.com/asset/i/205422/ (Last accessed March 11, 2026)<br><br>Nokia 7750 SR Product Page: Describes "Feature-rich SR OS capabilities — A full array of IP routing applications with extensive H-QoS, IP/MPLS, EVPN and segment routing capabilities — Advanced telemetry models to stream flow-level data and insights in near-real time for network automation."<br>*URL:* https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)<br><br>Nokia SR-OS SR-TE Guide: The 7750 SR supports SR-TE which advertises path constraints through BGP-LS, distributing topology and constraint information to external controllers and other network nodes.<br>*Reference:* Nokia SR-OS SR-TE Guide (https://documentation.nokia.com/acg/24-7-2/books/segment-routing-and-pce-classic/c146-sr-te.html) (Last accessed March 11, 2026)<br><br>IGP Flooding Mechanism: When a Nokia 7750 SR node participating in a ring generates TE LSAs (OSPF) or TE LSPs (IS-IS), these advertisements are flooded throughout the entire routing domain, reaching nodes outside the ring network.<br><br>BGP-LS Distribution: BGP-LS provides an additional mechanism for advertising constraint information to nodes outside the IGP domain, including to external controllers (e.g., Nokia NSP). | ring network with regard to connections on the inner and outer rings."<br><br>Constraint Information Advertisement: The Nokia 7750 SR's IGP-TE extensions (OSPF-TE and IS-IS-TE) advertise link-specific constraint parameters including maximum bandwidth, maximum reservable bandwidth, unreserved bandwidth per priority, administrative groups, and TE metric values.<br><br>Flooding to Nodes Outside the Ring: IGP flooding ensures constraint information generated by ring nodes is propagated throughout the entire routing domain — all routers, including nodes outside the ring, receive these TE advertisements. BGP-LS further distributes topology and TE information to external controllers and route reflectors.<br><br>(a) SONET BLSR: BLSR operates with distinct working and protection ring connections, each with separate bandwidth and constraint characteristics individually advertised through IGP-TE.<br><br>(b) G.8032: Constraint information is advertised per link within the ring, with each link's IGP-TE advertisements flooded to all nodes in the domain.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | | otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (distributing constraint information for traffic engineering), in substantially the same way (through standardized routing protocol advertisements), to achieve substantially the same result (network-wide visibility for path computation). |
| 1[c] | the constraint information comprising a bandwidth constraint that is applicable to one of the inner and the outer rings | Nokia SR-OS MPLS Guide: Documents that OSPF-TE/IS-IS-TE extensions advertise "maximum bandwidth, maximum reservable bandwidth, and unreserved bandwidth per priority" for each link. These are bandwidth constraints used by path computation algorithms.<br>*Reference:* Nokia SR-OS MPLS Guide (https://documentation.nokia.com/html/0_add-h-f/93-0075-10-01/7750_SR_OS_MPLS_Guide/MPLS-Intro.html) *(Last accessed March 11, 2026)*<br><br>**Nokia 7750 SR-a Data Sheet — QoS and Bandwidth Management:**<br>• QoS: Flexible intelligent packet classification<br>• Ingress and egress hierarchical QoS (H-QoS) with multitiered shaping<br>• Advanced, scalable network and service QoS<br>• End-to-end consistent QoS regardless of oversubscription or congestion<br>*URL:* https://www.nokia.com/asset/i/205422/ *(Last accessed March 11, 2026)*<br><br>Nokia 7750 SR Data Sheet — MPLS-TE Bandwidth Reservation: MPLS-TE supports bandwidth reservation per LSP. RSVP-TE signaling includes bandwidth parameters. CSPF uses advertised bandwidth constraints for path computation.<br>*URL:* https://www.nokia.com/asset/i/164728/ *(Last accessed March 11, 2026)*<br><br>SONET BLSR Bandwidth Constraints: In 2-fiber BLSR, approximately 50% of total bandwidth is reserved for protection. This creates distinct bandwidth constraints applicable to the working ring (inner) versus the protection ring (outer). | This element requires the constraint information to comprise "a bandwidth constraint that is applicable to one of the inner and the outer rings."<br><br>Bandwidth Constraints Defined: The Nokia 7750 SR's IGP-TE extensions advertise maximum bandwidth, maximum reservable bandwidth, and unreserved bandwidth per priority for each link — these are bandwidth constraints used by CSPF and SR-TE algorithms.<br><br>(a) SONET BLSR: BLSR allocates distinct bandwidth pools to the working ring and protection ring. The working ring has defined capacity (typically 50% of total), and the protection ring has reserved capacity. Each represents a bandwidth constraint applicable to a specific ring — a direct literal mapping.<br><br>(b) G.8032: Bandwidth constraints are advertised per link. If "inner and outer rings" are construed as different logical paths (clockwise/counterclockwise traffic flow), then bandwidth constraints on ring links satisfy this element. |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | G.8032 Bandwidth Constraints: Bandwidth constraints advertised via IGP-TE for links participating in the G.8032 ring represent constraints applicable to connections within the ring topology. | Nokia H-QoS: The Nokia 7750 SR's hierarchical QoS creates additional bandwidth constraints through traffic shaping, rate limiting, and service-level guarantees applicable to ring-specific interfaces.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (advertising bandwidth limitations), in substantially the same way (through TE protocol advertisements), to achieve substantially the same result (enabling traffic engineering decisions based on available bandwidth). |
| 1[d] | and is associated with a protection mechanism comprising wrapping or steering of traffic flows between the inner and outer rings; | Nokia SR-OS G.8032 Guide — Wrapping and Steering: Documents both wrapping and steering protection modes on the 7750 SR. "G.8032 Ethernet Ring Protection Switching provides sub-50 ms protection."<br>URL: *https://documentation.nokia.com/sr/22-10/books/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)*<br><br>Nokia G.8032 Configuration Guide: Documents G.8032 protected Ethernet ring interface configuration, including wrapping and steering behavior.<br>URL: *https://documentation.nokia.com/sr/25-7/7750-sr/books/services/g.8032-ethernet-ring-protect-switch.html (Last accessed March 11, 2026)*<br><br>Nokia Advanced Configuration Guide: Documents G.8032 ring protection with wrapping and steering for 7450 ESS / 7750 SR / 7950 XRS.<br>URL: *https://documentation.nokia.com/cgi-bin/dbaccessfilename.cgi/3HE14991AAABTQZZA01_V1_Advanced%20Configuration%20Guide%20for%207450%20ESS%207750%20SR%20and%207950* | This element requires the bandwidth constraint to be "associated with a protection mechanism comprising wrapping or steering of traffic flows between the inner and outer rings."<br><br>G.8032 Wrapping and Steering: The Nokia 7750 SR's G.8032 implementation supports both wrapping and steering as documented protection modes. G.8032 operates by normally blocking traffic at the RPL; upon ring link failure, the RPL is unblocked and traffic is wrapped/steered to flow through the alternate path. Wrapping occurs at nodes adjacent to the failure, redirecting traffic in the reverse direction. Steering redirects traffic from |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | %20XRS%20for%20Releases%20up%20to%2016.0.R7%20-%20Part%20II.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7750 SR-a Data Sheet — High Availability:**<br>  • High availability: Nonstop routing, Nonstop services, ISSU<br>  • Fast reroute for IP, RSVP, LDP and SR<br>  • Pseudowire redundancy<br>  • ITU-T G.8031 and G.8032<br>  • Weighted ECMP, Weighted mixed-speed link aggregation<br>URL: https://www.nokia.com/asset/i/205422/ (Last accessed March 11, 2026)<br><br>SONET/SDH BLSR Protection: The 7750 SR's SONET/SDH interfaces support BLSR protection where traffic is automatically wrapped or steered from the working ring to the protection ring upon failure. In 2-fiber BLSR, ring switching wraps traffic at adjacent nodes onto protection bandwidth in the reverse direction.<br><br>Nokia SR-OS Fast Reroute: Supports RSVP-TE FRR and SR TI-LFA for additional protection by steering traffic around failures.<br>Reference: Nokia SR-OS MPLS Guide (https://documentation.nokia.com/html/0_add-h-f/93-0075-10-01/7750_SR_OS_MPLS_Guide/MPLS-Intro.html) (Last accessed March 11, 2026) | the source node through the previously blocked path.<br><br>SONET BLSR: BLSR protection is directly aligned with the claim language. BLSR operates with distinct working and protection rings, and upon failure, traffic is steered from the working ring to the protection ring. In 2-fiber BLSR, traffic is wrapped at adjacent nodes onto the protection ring. This directly implements "wrapping or steering of traffic flows between the inner and outer rings."<br><br>**Association with Bandwidth Constraints:**<br><br>(a) SONET BLSR: The association is inherent — the bandwidth constraint (working ring capacity, ~50% of total) exists because of the protection mechanism's requirement to reserve protection ring capacity. Bandwidth allocation between working and protection rings is a direct result of the protection architecture.<br><br>(b) G.8032: IGP-TE bandwidth advertisements and G.8032 protection operate at different layers but both describe and manage the same physical ring infrastructure. The bandwidth constraints are associated with the protection mechanism serving the broader traffic engineering objective.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | | However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (protecting traffic through ring redirection), in substantially the same way (through standardized ring protection protocols), to achieve substantially the same result (maintaining connectivity despite failures). |
| 1[e] | and routing a traffic flow from one of the nodes in the system outside the bi-directional ring network through the system in accordance with the routing protocol, | Nokia 7750 SR Product Page: Offers "high-performance IP edge and core routers" with "advanced traffic engineering capabilities."<br>URL: https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)<br><br>**Nokia 7750 SR-a Data Sheet — Routing Protocol Support:**<br>• IP unicast routing: IS-IS, OSPF, RIP, MBGP<br>• MPLS: LER and LSR functions with seamless MPLS designs<br>• LDP and RSVP for MPLS signaling and traffic engineering<br>URL: https://www.nokia.com/asset/i/205422/ (Last accessed March 11, 2026)<br><br>Nokia SR-OS CSPF Guide: Documents CSPF computation with bandwidth constraints for computing paths through the network. CSPF evaluates the IGP-TE database to compute shortest paths satisfying bandwidth and other constraints.<br>Reference: Nokia SR-OS CSPF Guide (https://documentation.nokia.com/acg/24-7-2/books/segment-routing-and-pce-classic/c211-sr-te-lsp-local-cspf.html) (Last accessed March 11, 2026)<br><br>Nokia SR-OS SR-TE Guide: Documents Segment Routing TE with constraint-based path computation, distributed or centralized via Nokia NSP.<br>Reference: Nokia SR-OS SR-TE Guide (https://documentation.nokia.com/acg/24-7-2/books/segment-routing-and-pce-classic/c146-sr-te.html) (Last accessed March 11, 2026) | This element requires "routing a traffic flow from one of the nodes in the system outside the bi-directional ring network through the system in accordance with the routing protocol."<br><br>Routing Through the System: The Nokia 7750 SR's core function is packet forwarding — receiving traffic from an ingress interface (a node outside the ring), performing packet lookups and classification, and forwarding to an egress interface. The routing protocol (OSPF, IS-IS) with TE extensions (MPLS-TE, SR-TE) uses advertised constraint information to compute optimal paths through the ring.<br><br>CSPF Path Computation: CSPF uses the IGP-TE database (populated by constraint advertisements from prior elements) to compute shortest paths satisfying bandwidth and other constraints — routing "in accordance with the routing protocol."<br><br>MPLS-TE and RSVP-TE: Enable explicit path computation where TE |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | Nokia 7750 SR Portfolio Overview: Provides "deterministic packet forwarding, advanced IP/MPLS capabilities."<br>URL: https://callmc.com/nokia-7750-service-router-portfolio/ (Last accessed March 11, 2026)<br><br>Nokia 7750 SR-a Data Sheet — Hardware Forwarding: Routes traffic using "high-density 10GE, 100GE and 400GE interfaces." XMA-s adapters perform "packet lookups, traffic classification, processing and forwarding, service enablement and QoS."<br>URL: https://www.nokia.com/asset/i/205422/ (Last accessed March 11, 2026)<br><br>Nokia 7750 SR-s Data Sheet: Confirms role in "edge routing, core routing, data center gateways, multi-access gateways… and aggregation."<br>URL: https://www.nokia.com/asset/205421/ (Last accessed March 11, 2026) | tunnels (LSPs) originate from nodes outside the ring and traverse the ring based on constraint information.<br><br>SR-TE: Provides path steering using segment lists with constraint-based computation directing traffic from external nodes through the ring network.<br><br>"From One of the Nodes Outside the Ring": Traffic originates from a node not part of the ring — an adjacent segment router, access router, or any element needing to send traffic through the ring. The Nokia 7750 SR's FP routing silicon and SR OS enable deterministic packet forwarding based on computed paths.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (routing traffic through optimal paths), in substantially the same way (using routing protocols with constraint-based computation), to achieve substantially the same result (efficient traffic delivery through ring topology). |
| 1[f] | so that the flow passes through the bi-directional ring network on at least one of the connections on one of the inner and outer rings that is selected responsive to the constraint information. | **Nokia 7750 SR-a Data Sheet — Segment Routing and TE:**<br>• Segment Routing Flexible Algorithms for SR-MPLS and SRv6 data plane<br>• SR OS supports intra-area and/or inter-area shortest path using IGP metric, TE-metric or delay, as well as traffic engineered tunnels | This final element requires "the flow passes through the bi-directional ring network on at least one of the connections on one of the inner and outer rings that is selected responsive to the constraint information." |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---------|----------------|--------------------------|----------------------|
| | | • SR OS supports selecting a subset of links to be included or excluded for each flexible algorithm<br>• Multiple-instance IS-IS and OSPF SR support with SR-TE LSP, flexible algorithms, BGP SR policy<br>• LFA, remote LFA and TI-LFA protection for all tunnel types and end-to-end protection with primary/secondary paths<br>URL: *https://www.nokia.com/asset/i/205422/ (Last accessed March 11, 2026)*<br><br>Nokia SR-OS CSPF Guide: CSPF selects paths based on bandwidth constraints advertised via IGP-TE, ensuring traffic flows through links satisfying specified constraints.<br>*Reference: Nokia SR-OS CSPF Guide (https://documentation.nokia.com/acg/24-7-2/books/segment-routing-and-pce-classic/c211-sr-te-lsp-local-cspf.html) (Last accessed March 11, 2026)*<br><br>Nokia SR-OS MPLS Guide: MPLS-TE and RSVP-TE enable explicit path selection based on bandwidth reservations.<br>*Reference: Nokia SR-OS MPLS Guide (https://documentation.nokia.com/html/0_add-h-f/93-0075-10-01/7750_SR_OS_MPLS_Guide/MPLS-Intro.html) (Last accessed March 11, 2026)*<br><br>Nokia 7750 SR Product Page: Supports "advanced traffic engineering capabilities, enabling efficient utilization of network resources" and "network slicing and virtualization."<br>*URL: https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)*<br><br>SONET BLSR Path Selection: Traffic selection between working and protection rings is inherently responsive to ring state and available bandwidth.<br><br>G.8032 Path Selection: G.8032 selects traffic paths based on ring topology state and link availability. At Layer 3, CSPF selects between available ring links based on IGP metrics and TE constraints. | Flow Passes Through the Ring: The Nokia 7750 SR forwards traffic through ring connections when the routing protocol determines the ring provides the optimal path.<br><br>Connection Selection Responsive to Constraints: The CSPF engine, computing paths for MPLS-TE or SR-TE tunnels, evaluates constraint information in the IGP-TE database (including bandwidth constraints on ring links) and selects specific connections through which traffic will flow. The selected path passes through the ring on connections chosen because they satisfy the constraints.<br><br>Segment Routing Flexible Algorithms: Allow definition of multiple shortest-path trees based on different metrics (IGP metric, TE metric, delay) and different link sets (inclusion/exclusion), enabling fine-grained constraint-responsive path selection.<br><br>**Connection Selection by Ring Type:**<br><br>(a) SONET BLSR: Traffic normally flows on the working ring (inner); upon a protection event, BLSR steers traffic to the protection ring (outer). The selection is directly responsive to the ring's constraint state (bandwidth and protection status) — a direct literal mapping. |

| Element | Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|---|
| | | | (b) G.8032: At Layer 2, G.8032 selects between ring paths based on link state. At Layer 3, CSPF selects between ring links based on IGP metrics and TE constraints. The combination ensures path selection is responsive to constraint information.<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The Nokia 7750 SR performs substantially the same function (selecting paths based on constraints), in substantially the same way (through constraint-aware computation algorithms), to achieve substantially the same result (traffic traverses connections selected to satisfy engineering constraints). |

### INDIRECT INFRINGEMENT BY NOKIA

On information and belief, Defendants, in addition to directly infringing the Asserted Patents, infringe each of the Asserted Patents indirectly. Nokia actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011).

Knowledge. On information and belief, Nokia has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. Nokia's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. Nokia actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendants' knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by Nokia.