# EXHIBIT 13

# Ex. 13 to Complaint
# Patent Infringement Claim Chart

## US Patent No. 7,697,532 B2

"Frame Concatenation with Drop Precedence Assignment"

**Claim 10**

**Accused Product**

Nokia 7705 Service Aggregation Router (SAR)

This chart provides details regarding only one example of Defendants' infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendants' products.  Plaintiff will be seeking Defendants' internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendants' product indicated above.  This accused product is representative of Defendants' infringement of the claim.  While this chart specifically addresses the functionality of one product, these infringement contentions are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Instrumentalities infringe in the same general way. This chart provides Defendants with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendants' practicing the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

Ex. 13 - US 7,697,532 B2 — Claim 10  |  Nokia 7705 Service Aggregation Router (SAR)

# Claim 10

Network Node Apparatus Claim

*Claim 10: A network node, comprising: a network interface, which is arranged to communicate with a communication network; and a processor, which is arranged to encapsulate multiple data packets, which carry data and have respective drop precedence (DP) values selected from a range of possible DP values, so as to produce a concatenated frame of a transport protocol, to assign a composite drop precedence (CDP) value from the range to the concatenated frame using a pseudo-random assignment function that depends on a distribution of the DP values of the data packets in the concatenated frame, and is defined such that a likelihood of assigning a certain CDP value from the range is proportional to a relative amount of the data in the concatenated frame, which is carried by the data packets whose DP value equals the certain CDP value, and to send the concatenated frame to the communication network using the network interface, so as to transport the concatenated frame through the communication network using the transport protocol, in accordance with the pseudo-randomly assigned CDP value.*

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| **Preamble** *A network node, comprising:* | **Nokia Product Page:** The Nokia 7705 Service Aggregation Router (SAR) is explicitly identified as a "router" and a core component of Nokia's "IP Networks" portfolio. Nokia's product page states: "7705 Service Aggregation Router — Versatile, scalable, and secure routers for critical applications." The product is listed under the "Routers" product category.<br><br>Source: https://www.nokia.com/ip-networks/7705-service-aggregation-router/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Portfolio Datasheet (Release 23):** The product documentation describes the 7705 SAR as providing "service adaptation, aggregation and routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure."<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR is designed to "provide IP/MPLS/Ethernet demarcation and branch office connectivity, ensuring seamless and efficient network operations." Additionally, "the 7705 SAR's IP and MPLS scalability gives operators the potential to grow their networks, adding many end users and applications."<br><br>Source: https://www.nokia.com/asset/214663/ (Last accessed March 11, 2026) | The claim preamble recites "A network node, comprising:." A "network node" is commonly understood in the art as a device connected to a computer network that can send, receive, or forward information. The Nokia 7705 SAR literally meets this limitation. Nokia itself identifies the 7705 SAR as a "router" and a key component within "IP Networks." Routers are quintessential examples of network nodes, as their primary function is to forward data packets between different computer networks. The evidence further details that the 7705 SAR provides "routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure" and offers "IP/MPLS/Ethernet demarcation and branch office connectivity." These functionalities directly correspond to the definition and role of a network node that processes and directs network traffic.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The function of a network node is to connect to a network and process, send, or receive data. The Nokia 7705 SAR performs this function by acting as a "router" that provides "routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure." It performs this function in substantially the same way as a generic network node by utilizing standard networking protocols (IP/MPLS/Ethernet) to manage and direct data flow. The result is substantially the same: the accused product enables communication and data transfer across a network, just as any network node would. |

Ex. 13 - US 7,697,532 B2 — Claim 10  |  Nokia 7705 Service Aggregation Router (SAR)

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| **Element [1]**<br><br>*a network interface,* | **Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR is described as providing "IP/MPLS/Ethernet demarcation and branch office connectivity, ensuring seamless and efficient network operations." The 7705 SAR-1 model states, "All interfaces and power supply inputs on the Nokia 7705 SAR-1 are accessible from the front."<br><br>Source: https://www.nokia.com/asset/i/214663/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Release 8.0:** The 7705 SAR supports a "full range of interfaces to accelerate deployment and reduce capital expense."<br><br>Source: https://www.ask4ci.com/?wpdmdl=1086 (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Portfolio Datasheet (Release 23):** The 7705 SAR portfolio offers "a comprehensive set of T1/E1, T3, SONET/SDH, serial data, electrical utility teleprotection and analog voice interfaces along with software features for asymmetrical delay and jitter compensation."<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Adapter Cards Data Sheet:** The 7705 SAR has "Ethernet cards provide 10/100 Mb/s, GE and 10GE interfaces and support ring, tree and point-to-point deployments. Both optical and electrical SFPs are supported."<br><br>Source: https://www.nokia.com/asset/f/174425/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Interface Configuration Guide 25.4.R1:** Provides comprehensive documentation of all supported interfaces, including 2-port OC3/STM1 Channelized Adapter card supporting "ipcp encapsulation of PPP/MLPPP packets for transport over an Ipipe" and the 12-port Serial Data Interface card supporting "frame relay encapsulation of data on V.35 and X.21 channel groups."<br><br>Source: https://documentation.nokia.com/cgi-bin/dbaccessfilename.cgi/3HE21345AAAATQZZA01_V1_7705%20SAR%20Interface%20Configuration%20Guide%2025.4.R1.pdf (Last accessed March 11, 2026) | The claim element requires "a network interface." A network interface is a component that connects a network device to a network, allowing it to send and receive data. The Nokia 7705 SAR literally meets this limitation. The evidence demonstrates that the 7705 SAR is designed with various physical and logical interfaces to connect to different types of networks, including T1/E1, T3, SONET/SDH, serial data, Ethernet (10/100 Mb/s, GE, 10GE), and Combo SFP/RJ-45 interfaces. These are all specific types of network interfaces that enable the router to connect to and communicate over various networks, such as IP, MPLS, Ethernet, and legacy TDM networks. The physical presence of these interfaces is explicitly confirmed by Nokia's product documentation, which states "All interfaces and power supply inputs on the Nokia 7705 SAR-1 are accessible from the front."<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of the claimed "network interface" is to provide a point of connection for the device to a network, enabling the transmission and reception of data. The Nokia 7705 SAR's various physical and logical interfaces (e.g., Ethernet, T1/E1, SONET/SDH) perform this exact function by allowing the router to connect to diverse network infrastructures and exchange data. The WAY these interfaces operate is substantially the same as the claimed limitation; they establish physical and logical connections, adhere to network protocols, and facilitate data flow between the router and the connected network segments. The RESULT is substantially the same: the Nokia 7705 SAR is able to participate in and provide services across a network, just as a device equipped with a generic network interface would. |
| **Element [2]**<br><br>*which is arranged to communicate with a communication network;* | **Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR is explicitly designed for network communication, providing "IP/MPLS/Ethernet demarcation and branch office connectivity, ensuring seamless and efficient network operations." It "delivers versatile services and applications" and is "Designed to complement Nokia IP routing portfolio."<br><br>Source: https://www.nokia.com/asset/214663/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Adapter Cards Data Sheet:** The 7705 SAR "supports a broad range of data and voice interfaces, allowing networks to be upgraded to IP/MPLS for advanced services delivery." | The claim element requires the accused product to be "arranged to communicate with a communication network." The Nokia 7705 SAR literally meets this limitation. As a "router" providing "IP/MPLS/Ethernet demarcation and branch office connectivity," the 7705 SAR is inherently arranged to communicate with communication networks. It supports VPN, VPLS, VPWS, and other services over both wired and wireless networks, |

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| | Source: https://www.nokia.com/asset/f/174425/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Portfolio Datasheet (Release 23):** The SAR portfolio "provides service adaptation, aggregation and routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure. With interfaces supporting a wide range of access protocols, it is well suited for mission-critical and enterprise applications."<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR-Hmc Data Sheet:** The 7705 SAR-Hmc allows operators to "support IP virtual private network (VPN), virtual private LAN service (VPLS), and virtual private wire service (VPWS) over wireless networks to provide seamless, end-to-end IP/MPLS service offerings for wireless and wired devices."<br><br>Source: https://www.nokia.com/asset/i/207760/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Services Overview Guide:** "Services are provisioned on the 7705 SAR and other network equipment in order to facilitate the transport of telecommunications data across an IP/MPLS provider's core network. The data is formatted so that it can be transported in encapsulation tunnels created using generic routing encapsulation (GRE), IP encapsulation, or MPLS label switched paths (LSPs)."<br><br>Source: https://documentation.nokia.com/sar/24-4-1/books/services/services-overview.html (Last accessed March 11, 2026) | with data transported through GRE, IP encapsulation, or MPLS LSPs across an IP/MPLS provider's core network. The device's core purpose is to facilitate communication within and across networks for "mission-critical and enterprise applications."<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The Nokia 7705 SAR performs the same FUNCTION (connecting to and communicating with a communication network), in substantially the same WAY (using standard IP/MPLS/Ethernet protocols with VPN, VPLS, and VPWS services), to achieve substantially the same RESULT (enabling data transfer across a network). |
| **Element [3]**<br><br>*and a processor,* | **Nokia 7705 SAR Portfolio Datasheet (Release 23):** The 7705 SAR product family is described as "Designed for scalability, it utilizes programmable processors to accommodate new standards and requirements associated with data plane operation." This directly indicates the presence of "programmable processors" within the Nokia 7705 SAR.<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR-1 features a "fully programmable datapath providing enhanced features today and flexibility to evolve with changing requirements." Nokia further states that the 7705 SAR "leverages the feature-richness of the Nokia Service Router Operating System (SR OS)," which requires a processor to execute.<br><br>Source: https://www.nokia.com/asset/214663/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR QoS Guide (Release 25.4.R1):** Provides extensive processor-driven QoS functionality documentation, confirming the presence of processors executing sophisticated traffic management algorithms, including WRED. The SR OS contains the instructions that cause the router's processor to perform QoS functions. | The claim element requires the accused product to include "a processor." The Nokia 7705 SAR literally meets this limitation. Nokia's own documentation explicitly states that the 7705 SAR "utilizes programmable processors to accommodate new standards and requirements associated with data plane operation." This direct statement unequivocally confirms the presence of one or more processors. Furthermore, the "fully programmable datapath" and the execution of the Nokia SR OS — including WRED and other complex QoS algorithms — necessarily require processor hardware.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of "a processor" is to perform computational tasks, execute instructions, and manage operations within the device. The Nokia 7705 SAR's "programmable processors" perform this FUNCTION by executing the SR OS, managing network traffic, and enabling various services. The WAY is substantially the same — processing data and executing software instructions to control the device's operations. The RESULT is substantially the same — providing the computational |

Ex. 13 - US 7,697,532 B2 — Claim 10  |  Nokia 7705 Service Aggregation Router (SAR)

| **Claim Language** | **Evidence of Infringement** | **Analysis** |
|---|---|---|
| | | and control capabilities necessary for the device to function as an aggregation router. |
| **Element [4]** *which is arranged to encapsulate multiple data packets,* | **Nokia 7705 SAR Portfolio Datasheet (Release 23):** The SR OS provides "industry-leading IP/MPLS/segment routing and pseudowire capabilities." The 7705 SAR provides "service adaptation, aggregation and routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure."<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**ATM Pseudowire N:1 Mode (Critical Evidence) — Nokia 7705 SAR Services Guide (Release 25.4.R1):** The Nokia 7705 SAR implements ATM Pseudowire N:1 mode, which concatenates (combines) cells from multiple ATM virtual circuits into a single pseudowire. N:1 mode takes ATM cells that arrive on N different ATM virtual circuits (VCs) and combines them sequentially into a single stream. Each ATM cell is a 53-byte data frame (5-byte header + 48-byte payload), and the N:1 mode places cells from all N source VCs into one output pseudowire in the order they arrive. This is frame concatenation in its most literal sense.<br><br>Source: https://documentation.nokia.com/sar/25-4-1/pdf/7705_SAR_Services_Guide_25.4.R1.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Services Overview Guide:** The 7705 SAR supports Ethernet VLL (Epipe) — "a PWE3 Ethernet service over MPLS or GRE tunnels for Ethernet frames on 7705 SAR nodes." Services are transported in "encapsulation tunnels created using generic routing encapsulation (GRE), IP encapsulation, or MPLS label switched paths (LSPs)."<br><br>Source: https://documentation.nokia.com/sar/24-4-1/books/services/services-overview.html (Last accessed March 11, 2026)<br><br>**Pseudowire Documentation:** The 7705 SAR also supports CES (Circuit Emulation Services) including SAToP and CESoPSN, where multiple TDM data units are packed into single MPLS packets — another mode of encapsulating multiple data packets.<br><br>Source: https://documentation.nokia.com/sr/22-10/books/services/pseudowires.html (Last accessed March 11, 2026) | The claim element requires a processor "arranged to encapsulate multiple data packets." The Nokia 7705 SAR literally meets this limitation. The ATM Pseudowire N:1 mode is the direct, literal implementation of this claim element. In N:1 mode, the 7705 SAR takes ATM cells (data packets) arriving on N different ATM virtual circuits and combines (encapsulates) them sequentially into a single pseudowire stream. Each ATM cell carries data and is independently identifiable, and multiple such cells are encapsulated into a single MPLS pseudowire transport unit. This is not merely ordinary MPLS forwarding — it is true concatenation of multiple data packets into a single encapsulated transport frame. The N:1 designation itself encodes the claim mapping: N sources → 1 transport unit.<br><br>Beyond ATM N:1 mode, the 7705 SAR also performs encapsulation through its pseudowire capabilities (Epipe, Fpipe, Ipipe, Cpipe), where client service frames are encapsulated within MPLS or GRE transport tunnels. TDM/CES services (SAToP, CESoPSN) also involve packing multiple TDM data units into single MPLS packets.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to combine multiple individual data units into a larger, transportable unit. The Nokia 7705 SAR performs this by taking various data streams and encapsulating them into MPLS pseudowires. The WAY is substantially the same — adding headers or wrappers around original data packets. The RESULT is the efficient and organized transport of multiple data packets across a network. |
| **Element [5]** *which carry data and have respective drop precedence (DP) values selected from a range of possible DP values,* | **Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR-1 offers "Granular services offering" which includes "Hierarchical QoS, traffic classification, traffic management policies, and QoS statistics and monitoring" to "maintain end-to-end Quality of Service (QoS) for different types of traffic, as not all traffic shares the same set of requirements."<br><br>Source: https://www.nokia.com/asset/i/214663/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Release 8.0:** The SR OS software provides "superior QoS" and "differentiated service treatment." | The claim element requires that the data packets "carry data and have respective drop precedence (DP) values selected from a range of possible DP values." The Nokia 7705 SAR literally meets this limitation.<br><br>First, in ATM Pseudowire N:1 mode, each ATM cell carries a CLP (Cell Loss Priority) bit — a binary DP value (0 or 1) selected from the range {0, 1}. CLP=0 indicates high- |

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| | Source: https://www.ask4ci.com/?wpdmdl=1086 (Last accessed March 11, 2026)<br><br>**ATM CLP Bits (Critical Evidence) — Nokia 7705 SAR QoS Guide (Release 25.4.R1):** In ATM Pseudowire N:1 mode, each ATM cell carries a CLP (Cell Loss Priority) bit in its 5-byte header. The CLP bit is a binary drop precedence value (CLP=0 for high priority, CLP=1 for low priority). This is a direct, explicit drop precedence mechanism with a range of {0, 1}.<br><br>**Forwarding Classes and Drop Priority (Critical Evidence) — Nokia 7705 SAR QoS Guide (Release 25.4.R1), Page 23:** "The 7705 SAR supports multiple forwarding classes (FCs) and associated class-based queuing. Ingress traffic can be classified to multiple FCs, and the FCs can be flexibly associated with queues. This provides the ability to control the priority and drop priority of a packet while allowing the fine-tuning of bandwidth allocation to individual flows."<br><br>**Nokia 7705 SAR QoS Guide, Page 59:** "When the traffic is mapped against a forwarding class, the discard probability for the traffic can be configured as high or low priority at ingress. When the traffic is further classified as high or low priority, different congestion management schemes could be applied based on this priority."<br><br>Source: https://documentation.nokia.com/sr/22-10/books/quality-of-service/qos-policies.html (Last accessed March 11, 2026)<br><br>**Nokia SR OS QoS Architecture:** The 7705 SAR supports 8 forwarding classes (FC) with in-profile and out-of-profile drop precedence levels per FC, and classifies packets using DSCP values, dot1p values, and multi-field classifiers.<br><br>Source: https://documentation.nokia.com/acg/25-7-2/books/qos-classic/c015-qos-arch.html (Last accessed March 11, 2026) | priority (do not drop), and CLP=1 indicates low-priority (drop first under congestion). This is a direct, explicit drop precedence mechanism.<br><br>Second, the SR OS QoS framework classifies all ingress traffic into forwarding classes with configurable "drop priority" (high or low). Traffic is classified based on DSCP bits (supporting up to eight forwarding classes), dot1p values, or multi-field classifiers. The QoS Guide explicitly uses the term "drop priority" and "discard probability," which are synonymous with "drop precedence" in the art.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to enable the router to differentiate traffic for discard priority. The Nokia 7705 SAR performs this through both CLP bits and forwarding class drop priority classification. The WAY is substantially the same — assigning priority values to each packet. The RESULT is substantially the same — prioritizing critical data over less critical data during congestion. |
| **Element [6]**<br><br>*so as to produce a concatenated frame of a transport protocol,* | **ATM Pseudowire N:1 Mode Produces Concatenated Frames (Critical Evidence):** In ATM Pseudowire N:1 mode, the 7705 SAR multiplexes multiple ATM virtual circuits onto a single pseudowire — one transport unit carrying cells from multiple sources. The single transport unit is the pseudowire, which is a virtual point-to-point connection carrying the concatenated cells across the packet-switched network. The pseudowire is a single logical connection with a single MPLS label path through the network — all cells from all source VCs share this one transport path. The N:1 designation encodes the claim mapping: N sources → 1 transport unit (concatenated frame).<br><br>Source: https://documentation.nokia.com/sar/25-4-1/pdf/7705_SAR_Services_Guide_25.4.R1.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Portfolio Datasheet (Release 23):** The 7705 SAR provides "service adaptation, aggregation and routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure" and delivers "industry-leading IP/MPLS/segment routing and pseudowire capabilities."<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**TDM/CES Packing:** The 7705 SAR also supports CES services (SAToP, CESoPSN) where multiple TDM data units are packed into single MPLS packets, providing additional concatenated frames of a transport protocol.<br><br>Source: https://documentation.nokia.com/sr/22-10/books/services/pseudowires.html (Last accessed March 11, 2026) | The claim element requires the production of a "concatenated frame of a transport protocol." The Nokia 7705 SAR literally meets this limitation. In ATM Pseudowire N:1 mode, cells from N different ATM virtual circuits are concatenated (joined end-to-end) into a single MPLS pseudowire PDU. The resulting MPLS frame — containing multiple concatenated ATM cells — is the "concatenated frame," and MPLS is the "transport protocol." The N:1 designation itself maps directly to the claim: N data packets are concatenated into 1 transport frame. TDM/CES packing provides additional concatenation evidence.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to efficiently package and transmit various types of data using a common transport mechanism. The Nokia 7705 SAR performs this by |

Ex. 13 - US 7,697,532 B2 — Claim 10  |  Nokia 7705 Service Aggregation Router (SAR)

| **Claim Language** | **Evidence of Infringement** | **Analysis** |
|---|---|---|
| | | concatenating ATM cells into MPLS pseudowire PDUs. The WAY is substantially the same — combining smaller data units into a larger frame structure defined by a transport protocol. The RESULT is the efficient and reliable transmission of aggregated data streams over a packet-switched network. |
| **Element [7]**<br><br>*to assign a composite drop precedence (CDP) value from the range to the concatenated frame* | **MPLS EXP Bit Setting from FC + Profile (Critical Evidence)** — **Nokia 7705 SAR QoS Guide (Release 25.4.R1):** When the concatenated MPLS pseudowire PDU (containing multiple ATM cells) is formed, the Nokia 7705 SAR assigns MPLS EXP (Experimental) bits to the outer MPLS label. These EXP bits effectively function as a "composite drop precedence" value for the entire concatenated frame. The QoS Guide confirms: "The forwarding class of the packet, along with the in-profile or out-of-profile state, determines how the packet is queued and handled (the per hop behavior (PHB)) at each hop along its path to a destination egress point." Network QoS policies define how forwarding classes and profile states map to MPLS EXP bit values.<br><br>Source: https://documentation.nokia.com/sr/22-10/books/quality-of-service/qos-policies.html (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR-1 includes "Hierarchical QoS, traffic classification, traffic management policies, and QoS statistics and monitoring" as key capabilities.<br><br>Source: https://www.nokia.com/asset/i/214663/ (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR Release 8.0:** "SR OS software provides superior QoS on the 7705 SAR. The same level of deep buffering and support for ingress and egress shaping that is available on Nokia's edge and core routing platforms is also available on the 7705 SAR aggregation platform."<br><br>Source: https://www.ask4ci.com/?wpdmdl=1086 (Last accessed March 11, 2026)<br><br>**CLP-Based Discard Hierarchy:** When the network experiences congestion and must discard cells to prevent buffer overflow, the CLP marking determines which individual cells within the concatenated pseudowire are discarded first. A congested node will drop all CLP=1 cells before dropping any CLP=0 cells, providing a clear two-tier discard hierarchy. The MPLS EXP value assigned to the concatenated pseudowire PDU is influenced by the distribution of CLP values within the constituent ATM cells. | The claim element requires the assignment of a "composite drop precedence (CDP) value from the range to the concatenated frame." The Nokia 7705 SAR literally meets this limitation. When the ATM Pseudowire N:1 mode forms a concatenated MPLS pseudowire PDU containing multiple ATM cells (each with individual CLP/DP values), the 7705 SAR assigns MPLS EXP bits to the outer label of the pseudowire. These MPLS EXP bits represent a composite QoS marking for the entire concatenated frame — a single value selected from the range of possible EXP values (0–7) — and this value is influenced by the underlying traffic characteristics (forwarding class and profile state) of the constituent data packets. This MPLS EXP value is the "CDP value" assigned to the "concatenated frame."<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to enable the network device to manage the discard priority of aggregated traffic units during congestion. The Nokia 7705 SAR performs this by assigning MPLS EXP bits to the concatenated pseudowire PDU based on the forwarding class and profile state of the underlying traffic. The WAY is substantially the same — classifying traffic and applying a single priority marking to the aggregate frame. The RESULT is substantially the same — enabling congestion management and differentiated service treatment for the concatenated frame. |
| **Element [8]**<br><br>*using a pseudo-random assignment function that depends on a distribution of the DP values of the data packets in the concatenated frame,* | **WRED Implementation (Critical Evidence)** — **Nokia 7705 SAR QoS Guide (Release 25.4.R1), Page 59:** "When the traffic is mapped against a forwarding class, the discard probability for the traffic can be configured as high or low priority at ingress. When the traffic is further classified as high or low priority, different congestion management schemes could be applied based on this priority. For example WRED curves can then be run against the high- and low-priority traffic separately, as described in Slope policies (WRED and RED). This ability to specify the discard probability is very significant because it controls the amount of traffic that is discarded under congestion or high usage." | The claim element requires a "pseudo-random assignment function that depends on a distribution of the DP values of the data packets in the concatenated frame." The Nokia 7705 SAR literally meets this limitation through its WRED implementation. |

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| | Source: https://documentation.nokia.com/sr/22-10/books/quality-of-service/qos-policies.html (Last accessed March 11, 2026)<br><br>**WRED as Pseudo-Random Function:** The Nokia QoS documentation confirms: "A random number is generated associated with the packet and is compared to the discard probability." This random number generation is the core of the pseudo-random function. The WRED mechanism operates with configurable minThreshold, maxThreshold, and maxDProbability parameters, and WRED curves are "run against the high- and low-priority traffic separately" for both ingress and egress queues — meaning the function depends on the distribution of DP values.<br><br>**High and Low Priority RED Slopes:** "A packet that was either classified as high priority or considered in-profile is handled by the high-priority RED slope. This slope should be configured with RED parameters that prioritize buffer availability over packets associated with the low-priority RED slope. Packets that had been classified as low priority or out-of-profile are handled by this low-priority RED slope."<br><br>Source: https://documentation.nokia.com/acg/25-7-2/books/qos-classic/c015-qos-arch.html (Last accessed March 11, 2026) | WRED is, by definition, a pseudo-random function: it generates a random number associated with each packet and compares it to a discard probability that varies based on queue depth and the packet's priority classification. The function depends on the distribution of DP values because: (1) WRED curves run separately against high-priority and low-priority traffic; (2) the drop probability for any given packet is influenced by the relative proportion of high-priority vs. low-priority traffic in the queue (which determines the queue depth and the position on the WRED curve); and (3) the configurable minThreshold, maxThreshold, and maxDProbability parameters allow differentiation based on traffic priority distribution.<br><br>In the context of ATM N:1 pseudowires, the distribution of CLP=0 and CLP=1 cells within the concatenated frame influences how the WRED mechanism treats the overall traffic flow, as the queue depth is a function of the aggregate traffic characteristics — including the DP value distribution of the constituent data packets.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to assign packets into a concatenated frame in a way that is not strictly deterministic but influenced by their priority. The Nokia 7705 SAR performs this through WRED, which generates random numbers and compares them to priority-dependent thresholds. The WAY is substantially the same — using probabilistic algorithms influenced by traffic priority. The RESULT is substantially the same — optimized network performance and efficient resource utilization. |
| **Element [9]**<br><br>*and is defined such that a likelihood of assigning a certain CDP value from the range is proportional to a relative amount of the data in the concatenated frame, which is carried by the data packets whose DP value equals the certain CDP value,* | **WRED Proportionality (Critical Evidence) — Nokia 7705 SAR QoS Guide (Release 25.4.R1):** The WRED mechanism inherently satisfies the proportionality requirement. As queue depth increases (reflecting a greater relative amount of data from packets with a particular DP value), the discard probability increases proportionally. The drop probability is "determined by user-configurable thresholds and a discard probability factor" — specifically the minThreshold, maxThreshold, and maxDProbability parameters.<br><br>Source: https://documentation.nokia.com/sr/22-10/books/quality-of-service/qos-policies.html (Last accessed March 11, 2026) | The claim element requires that the likelihood of assigning a certain CDP value is proportional to the "relative amount of the data in the concatenated frame." The Nokia 7705 SAR's WRED mechanism literally meets this limitation. WRED's discard probability increases linearly between the minThreshold and maxThreshold as queue depth grows, and queue depth is a direct measure of the relative amount of data being buffered. Because high-priority and low-priority traffic are handled by separate WRED slopes, the relative proportion of high-DP vs. low-DP traffic |

Ex. 13 - US 7,697,532 B2 — Claim 10  |  Nokia 7705 Service Aggregation Router (SAR)

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
|  | **Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR utilizes "Hierarchical QoS, traffic classification, traffic management policies, and QoS statistics and monitoring" with "superior QoS" and "deep buffering and support for ingress and egress shaping." <br><br> Source: https://www.nokia.com/asset/i/214663/ (Last accessed March 11, 2026) <br><br> **Nokia 7705 SAR Release 8.0:** The system provides "differentiated service treatment" and "efficient network resource usage" with "Consistency of traffic engineering and shaping across the network." <br><br> Source: https://www.ask4ci.com/?wpdmdl=1086 (Last accessed March 11, 2026) | directly influences the queue depth for each slope, and thus the probability of discard (i.e., the likelihood of assigning a certain CDP treatment). This establishes the required proportionality between the relative amount of data and the CDP assignment likelihood. <br><br> **Doctrine of Equivalents** <br><br> Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). <br><br> The FUNCTION is to dynamically adjust QoS assignments based on traffic volume. The Nokia 7705 SAR performs this through WRED's proportional relationship between queue depth and discard probability. The WAY and RESULT are substantially the same — ensuring that data is processed and delivered according to its relative volume and priority. |
| **Element [10]** <br><br> *and to send the concatenated frame to the communication network using the network interface,* | **Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR provides "IP/MPLS/Ethernet demarcation and branch office connectivity, ensuring seamless and efficient network operations." <br><br> Source: https://www.nokia.com/asset/i/214663/ (Last accessed March 11, 2026) <br><br> **Nokia 7705 SAR Adapter Cards Data Sheet:** The 7705 SAR features "Ethernet cards [that] provide 10/100 Mb/s, GE and 10GE interfaces" supporting "ring, tree and point-to-point deployments." <br><br> Source: https://www.nokia.com/asset/f/174425/ (Last accessed March 11, 2026) <br><br> **Nokia 7705 SAR Portfolio Datasheet (Release 23):** The router's function is to "aggregate and route" traffic over an "efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure." <br><br> Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026) <br><br> **Nokia 7705 SAR Services Overview Guide:** "Services are provisioned on the 7705 SAR and other network equipment in order to facilitate the transport of telecommunications data across an IP/MPLS provider's core network." The concatenated MPLS pseudowire PDU formed in ATM N:1 mode is forwarded through the switching fabric and out the egress port to the communication network. <br><br> Source: https://documentation.nokia.com/sar/24-4-1/books/services/services-overview.html (Last accessed March 11, 2026) | The claim element requires the accused product to "send the concatenated frame to the communication network using the network interface." The Nokia 7705 SAR literally meets this limitation. The concatenated MPLS pseudowire PDU (formed by ATM N:1 mode concatenation) is sent through the 7705 SAR's physical network interfaces — Ethernet ports (10/100 Mb/s, GE, 10GE), optical interfaces, and other supported interfaces — to the external communication network (the IP/MPLS provider's core network). This is the fundamental function of any router: to receive, process, and forward data through network interfaces to the broader network. <br><br> **Doctrine of Equivalents** <br><br> Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). <br><br> The FUNCTION is to transmit the processed data unit from the device to the external network. The Nokia 7705 SAR transmits aggregated and routed traffic through its network interfaces. The WAY is by forwarding combined data through physical interfaces to the broader communication network. The RESULT is the successful transmission of the processed data unit, enabling end-to-end data flow. |

Ex. 13 - US 7,697,532 B2 — Claim 10 | Nokia 7705 Service Aggregation Router (SAR)

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| **Element [11]**<br><br>*so as to transport the concatenated frame through the communication network using the transport protocol,* | **Nokia 7705 SAR Portfolio Datasheet (Release 23):** The 7705 SAR provides "service adaptation, aggregation and routing over an efficient, feature-rich Ethernet and IP/MPLS/segment routing infrastructure" and delivers "industry-leading IP/MPLS/segment routing and pseudowire capabilities."<br><br>Source: https://www.al-enterprise.com/-/media/assets/internet/documents/nokia-7705-sar-portfolio-datasheet-en.pdf (Last accessed March 11, 2026)<br><br>**Nokia 7705 SAR-1 Data Sheet (Release 25):** The 7705 SAR provides "IP/MPLS/Ethernet demarcation and branch office connectivity." The 7705 SAR supports "MPLS Label Edge Router (LER) and Label Switch Router (LSR) functions," enabling the transport of concatenated frames through the MPLS network.<br><br>Source: https://www.nokia.com/asset/214663/ (Last accessed March 11, 2026) | The claim element requires transporting the concatenated frame "through the communication network using the transport protocol." The Nokia 7705 SAR literally meets this limitation. The concatenated MPLS pseudowire PDU (formed by ATM N:1 mode) is transported through the IP/MPLS communication network using MPLS as the transport protocol. MPLS is a widely recognized transport protocol used for routing data packets across communication networks. The 7705 SAR's LER and LSR functions enable it to participate in MPLS transport, forwarding the concatenated frame along the MPLS label switched path to its destination.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to move the processed data unit across a communication network using a defined set of rules for data transmission. The Nokia 7705 SAR performs this by forwarding MPLS frames through its IP/MPLS infrastructure. The WAY is by employing industry-standard routing and switching mechanisms inherent in IP/MPLS/Ethernet capabilities. The RESULT is the successful and efficient delivery of the concatenated frame across the communication network. |
| **Element [12]**<br><br>*in accordance with the pseudo-randomly assigned CDP value.* | **WRED-Based Forwarding (Critical Evidence) — Nokia 7705 SAR QoS Guide (Release 25.4.R1):** Packets that are not dropped by the WRED mechanism are forwarded through the 7705 SAR's switching fabric and out the egress port. The forwarding decision is made in accordance with the outcome of the WRED process.<br><br>Source: https://documentation.nokia.com/sr/22-10/books/quality-of-service/qos-policies.html (Last accessed March 11, 2026)<br><br>**MPLS EXP-Based QoS Transport:** The MPLS EXP bits assigned to the concatenated pseudowire PDU determine how intermediate network nodes handle the frame during transport. Network nodes apply QoS treatment (queuing priority, discard preference) based on the EXP bits — which is the CDP value for the concatenated frame. The transport is thus "in accordance with" this assigned value.<br><br>**Nokia SR OS QoS Architecture:** "The forwarding class of the packet, along with the in-profile or out-of-profile state, determines how the packet is queued and handled (the per hop behavior (PHB)) at each hop along its path to a destination egress point."<br><br>Source: https://documentation.nokia.com/acg/25-7-2/books/qos-classic/c015-qos-arch.html (Last accessed March 11, 2026) | The claim element requires transport of the concatenated frame "in accordance with the pseudo-randomly assigned CDP value." The Nokia 7705 SAR literally meets this limitation. The WRED mechanism's pseudo-random discard decision directly governs whether the concatenated frame (MPLS pseudowire PDU) is forwarded or discarded — transport occurs "in accordance with" this decision. Additionally, the MPLS EXP bits (the CDP value) assigned to the concatenated frame govern how intermediate network nodes prioritize and handle the frame during transport. Frames with higher-priority EXP values receive preferential treatment at each hop, while frames with lower-priority values may be subject to discard under congestion — all "in accordance with" the assigned CDP value.<br><br>**Doctrine of Equivalents** |

**Ex. 13 - US 7,697,532 B2 — Claim 10** | Nokia 7705 Service Aggregation Router (SAR)

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| | | Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION is to ensure that the transport of the concatenated frame is governed by the previously assigned priority value. The Nokia 7705 SAR achieves this through WRED-based forwarding decisions and MPLS EXP-based QoS transport. The WAY is by utilizing SR OS to manage and route traffic where MPLS EXP markings determine handling. The RESULT is that concatenated frames are appropriately transported across the network with their handling dictated by assigned priority values. |

#### INDIRECT INFRINGEMENT BY NOKIA

On information and belief, Defendants, in addition to directly infringing the Asserted Patents, infringe each of the Asserted Patents indirectly. Nokia actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011).

Knowledge. On information and belief, Nokia has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. Nokia's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. Nokia actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendants' knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by Nokia.