# EXHIBIT 14

# Ex. 14 to Complaint

## INFRINGEMENT CLAIM CHART

### U.S. Patent No. 7,808,931 B2  •  Claim 29

*High Capacity Ring Communication Network*

Accused Product: **Nokia 7750 Service Router (SR) — All Variants**

(SR-7, SR-12, SR-12e, SR-1, SR-7s, SR-14s, SR-a4, SR-a8; FP3/FP4/FP5 Silicon)

This chart provides details regarding only one example of Defendants' infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendants' products.  Plaintiff will be seeking Defendants' internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendants' product indicated above.  This accused product is representative of Defendants' infringement of the claim.  While this chart specifically addresses the functionality of one product, these infringement contentions are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Instrumentalities infringe in the same general way. This chart provides Defendants with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendants' practicing the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

## ELEMENT-BY-ELEMENT CLAIM CHART

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| **[29-Preamble]**<br><br>A ring node for use in a communication network that includes at least three communication rings in a concentric layout, each including two unidirectional ringlets oriented in mutually-opposite directions, the ring node connected to at least three of the communication rings all of which are connected to a second node, the ring node comprising: | **G.8032 Multi-Ring Topology:**<br>Nokia's 7750 SR documentation confirms G.8032 Ethernet Ring Protection Switching with multi-ring/sub-ring topologies. The Nokia Advanced Configuration Guide states that "Ethernet Sub-Rings offer a dual redundant way to interconnect rings" and that the 7750 SR supports sub-rings connected to major rings.<br>**Source:** https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)<br><br>**Bidirectional Ring (Two Ringlets):**<br>In a G.8032 ring, each node has two ring ports—one facing each neighbor. Traffic flows in both directions around the ring: Path A (clockwise) and Path B (counterclockwise), constituting two unidirectional ringlets in mutually-opposite directions. The Ring Protection Link (RPL) blocks one direction on one link, creating unidirectional traffic flows.<br>**Source:** https://documentation.nokia.com/html/0_add-h-f/93-0267-HTML/7X50_Advanced_Configuration_Guide/G8032-MultiRing.html (Last accessed March 11, 2026)<br><br>**Multiple Ring Instances (At Least Three Rings):**<br>The 7750 SR supports G.8032v2 multi-ring configurations where a single node participates in multiple independent ring instances simultaneously. By configuring three or more G.8032 ring instances (e.g., one major ring and two sub-rings), the 7750 SR satisfies the "at least three communication rings" requirement.<br>**Source:** https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html (Last accessed March 11, 2026)<br><br>**Product Identity:**<br>The Nokia 7750 SR portfolio provides high-performance IP routing across service provider, enterprise, and webscale networks, functioning as edge, core, peering, and aggregation routers. It is a "comprehensive family of high-performance IP routers designed for a wide range of applications, from the network edge to the core."<br>**Source:** https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)<br>**Source:** https://callmc.com/nokia-7750-service-router-portfolio/ (Last accessed March 11, 2026) | The Nokia 7750 SR is a "ring node"—a network device forming part of a ring topology—when configured with G.8032 Ethernet Ring Protection Switching.<br><br>**Concentric Layout / At Least Three Rings:**<br>The 7750 SR supports G.8032v2 multi-ring configurations where interconnect nodes connect sub-rings to major rings. In a deployment with one major ring and two sub-rings, the node participates in three ring instances. The hierarchical major ring/sub-ring architecture maps to the "concentric layout" requirement: the major ring encompasses the sub-rings, which are geometrically interior to the major ring, creating a concentric (nested) relationship.<br><br>**Two Unidirectional Ringlets:**<br>Each G.8032 ring has Path A (clockwise) and Path B (counterclockwise). Under normal operation, the RPL blocks one direction on one link, creating two unidirectional traffic flows in mutually-opposite directions. Nokia's documentation of "two-path rings" and path-a/path-b configurations directly maps to the two unidirectional ringlets.<br><br>**Connected to a Second Node:**<br>In a multi-ring deployment, two or more nodes share membership in three or more ring instances. Any |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | | interconnection node participating in the same major ring and sub-rings constitutes the "second node" to which all three rings are connected.<br><br>***Doctrine of Equivalents:*** *This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents.*<br>*The 7750 SR's multi-ring architecture performs substantially the same function (providing multiple redundant ring paths between nodes), in substantially the same way (configuring multiple ring instances with interconnection nodes bridging between rings), to achieve substantially the same result (resilient, high-capacity communication across a multi-ring network).* |
| **[29a]**<br><br>at least three line cards, which are arranged to communicate with the respective at least three communication rings; | **Hardware Specifications:**<br>The Nokia 7750 SR product family includes multiple modular chassis configurations: the SR-7 has 5 line card (IOM) slots; the SR-12 has 10 line card slots; the SR-12e has 9 line card slots; the SR-7s has 6 modular slots; and the SR-14s has 12 modular slots. Each slot accepts IOMs, IMMs, or XMA adapters that provide physical network interfaces. All system components are modular and hot-swappable.<br>**Source:** Nokia 7750 SR Data Sheet<br><br>**SR-s Modular Line Cards:**<br>The 7750 SR-s product family supports XMA-s and IOM-s modular line cards. The SR-7s provides 6 line card slots, and the SR-14s provides 12 line card slots, all supporting FP4 and FP5 silicon.<br>**Source:** Nokia 7750 SR-s Data Sheet<br><br>**SR-a Series Modular Architecture:**<br>The 7750 SR-a series includes "modular, compact IP routers" with "control plane and power redundancy, and all system components are modular and hot-swappable." The SR-a4 (5 RU) and SR-a8 (7 RU) support multiple modular slots for line cards.<br>**Source:** Nokia 7750 SR-a Data Sheet | The Nokia 7750 SR product family literally includes at least three line cards. Every chassis variant in the product family provides a minimum of 5 line card slots (SR-7) and up to 12 slots (SR-14s). These line card slots accept IOMs (Input/Output Modules) or IMMs (Integrated Media Modules) that provide physical network interfaces.<br><br>**Arranged to Communicate with Respective Rings:**<br>When the 7750 SR is configured as a node in three or more G.8032 ring instances, the ring ports for each ring instance are assigned to specific physical ports on specific line cards using |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
|  | **Card and Module Installation:**<br>Nokia's hardware documentation hub provides card and module installation guides for each 7750 SR chassis variant, confirming the modular, hot-swappable line card architecture.<br>**Source:** https://documentation.nokia.com/sr/25-7/7750-sr/books/guide-documentation/access-documentation.html (Last accessed March 11, 2026)<br><br>**Chassis Slot Configuration:**<br>Nokia's Interface Configuration Guide documents that the 7750 SR-7/12 and SR-12e platforms accept IOMs or IMMs in card slots, with each IOM having two slots for pluggable MDAs that provide physical network interfaces.<br>**Source:**<br>https://infocenter.nokia.com/public/7750SR217R1A/topic/com.nokia.Interface_Configuration_Guide_21.7.R1/chassis_slots_a-ai9emdynwj.html (Last accessed March 11, 2026) | the CLI command: configure eth-ring <ring-index>. Each G.8032 ring instance requires a pair of ring ports (Path A and Path B) residing on line cards. With three ring instances requiring six ring ports, multiple line cards provide the physical connectivity to their respective rings. The modular, hot-swappable design confirms that line cards are independent, replaceable hardware components—the exact structural element contemplated by the claim.<br><br>The 7750 SR's highly scalable platform supports "10GE, 100GE, 400GE, and 800GE networking environments" and "high-density interface options, including 10GE, 25GE, 40GE, 50GE, 100GE, 400GE, and 800GE natively and through flexible breakout options," further confirming the necessity of multiple line cards to deliver such interface density. |
| **[29b-i]**<br><br>and a network processor, which is arranged to accept a data packet comprising one or more header fields, | **FP4 Network Processor:**<br>Nokia's 7750 SR Data Sheet states: "At the heart of the Nokia 7750 SR is the fully programmable Nokia FP4 routing silicon," which provides "deterministic performance" for "packet processing, classification, policing, queuing, and shaping at line rate."<br>**Source:** Nokia 7750 SR Data Sheet<br><br>**FP3 Network Processor Architecture:**<br>Nokia's 7750 SR-a Data Sheet states: "At the heart of the 7750 SR-a is Nokia FP3 routing silicon. Leveraging a fully programmable network processor (NP) architecture, it is designed to be deterministic, enabling diverse deployment needs for demanding applications under all network operating conditions."<br>**Source:** Nokia 7750 SR-a Data Sheet<br><br>**FP5 Network Processor:** | The Nokia 7750 SR literally includes a "network processor"—Nokia's own documentation explicitly identifies the FP3, FP4, and FP5 routing silicon as having a "fully programmable network processor (NP) architecture." This is not an inferential mapping; Nokia uses the exact term "network processor" in its product documentation.<br><br>The FP4/FP5 network processor is "arranged to accept a data packet comprising one or more header fields" because its |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | Nokia's 7750 SR-s Data Sheet states: "Leveraging a fully programmable network processor (NP) architecture, the systems are designed to be deterministic under all network operating conditions." The 7750 SR-s supports a mix of FP4 and FP5 silicon.<br>**Source:** Nokia 7750 SR-s Data Sheet<br><br>**Packet Classification:**<br>Nokia documents "flexible intelligent packet classification" and "precise IP payload filters" as features of the 7750 SR, confirming that the FP silicon accepts and inspects data packets with header fields for classification, filtering, and forwarding decisions.<br>**Source:** Nokia 7750 SR Data Sheet<br><br>**SR OS Routing Capabilities:**<br>The SR OS "addresses the full spectrum of IP routing requirements" and provides "comprehensive QoS, IP/MPLS, segment routing and model-driven management features."<br>**Source:** Nokia 7750 SR Portfolio Overview | fundamental function is to receive incoming packets on ingress ports and parse their headers. As an IP router, the 7750 SR receives IP packets that by definition include header fields (source/destination IP addresses, protocol type, TTL, DSCP, VLAN tags, MPLS labels, etc.).<br><br>Nokia's documentation confirms the FP4 performs "packet processing, classification, policing, queuing, and shaping at line rate"—all operations requiring acceptance of data packets and reading their header fields. The "flexible intelligent packet classification" and "precise IP payload filters" features further confirm that the FP4/FP5 routinely inspects header fields.<br><br>The device supports various interface speeds including "10GE, 25GE, 40GE, 50GE, 100GE, 400GE, and 800GE natively," indicating its capability to accept data packets at extremely high throughputs. |
| **[29b-ii]**<br><br>to determine an egress ring node to which the data packet is to be forwarded, | **Routing and Forwarding:**<br>The 7750 SR supports routing protocols including IS-IS, OSPF, BGP, MPLS, and Segment Routing, maintaining a Forwarding Information Base (FIB) and Forwarding Database (FDB) that determine the next-hop destination for each incoming packet.<br>**Source:** https://documentation.nokia.com/sr/25-7/7750-sr/books/guide-documentation/sr-os-documentation-suite.html (Last accessed March 11, 2026)<br><br>**G.8032 FDB Lookup:**<br>In G.8032 ring configurations, the FDB determines the egress port and next-hop node for each frame based on a destination MAC address lookup. FDB entries map destination MAC addresses to specific ring ports, which connect to specific adjacent ring nodes. | Determining the egress node for a data packet is the fundamental function of any IP router. When the FP4/FP5 network processor receives an incoming packet, it performs a FIB (Layer 3) or FDB (Layer 2) lookup based on the packet's destination address to identify the appropriate next-hop or egress interface. |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | **Source:** https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)<br><br>**IP Routing Applications:**<br>The 7750 SR supports "a full array of demanding IP routing applications, including edge router, core router, peering router, data center gateway, multi-access gateway, fixed-wireless gateway, broadband network gateway, IPsec gateway, and aggregation applications." The SR OS "addresses the full spectrum of IP routing requirements."<br>**Source:** Nokia 7750 SR Data Sheet<br>**Source:** Nokia 7750 SR-s Data Sheet<br>**Source:** Nokia 7750 SR-a Data Sheet | In the context of G.8032 ring networks, the FDB maps destination MAC addresses to specific ring ports. Each ring port connects to a specific adjacent node on the ring. The FDB lookup therefore identifies the egress ring port—and by extension, the egress ring node—to which the packet should be forwarded.<br><br>For Layer 3 traffic, the FIB lookup identifies the next-hop IP address and resolves it to a specific egress interface on the ring. Nokia's documentation confirms the 7750 SR's routing capabilities are driven by the FP4 silicon and SR OS, enabling it to "address the full spectrum of IP routing requirements." The "fully programmable Nokia FP4 routing silicon" and the "feature-rich capabilities of the Nokia Service Router Operating System (SR OS)" are specifically designed to enable these routing applications. |
| **[29b-iii]**<br><br>to identify a subset of the concentric rings comprising one or more common rings that are connected to both the ring node and the egress ring node, | **G.8032 Ring Instance Configuration:**<br>Each G.8032 ring instance is explicitly configured with a unique ring-id and ring ports via the CLI command: configure eth-ring <ring-index>. When a node participates in multiple rings, SR OS maintains a configuration database mapping which ring instances the node belongs to. The interconnect ring-id parameter explicitly maps ring instance memberships.<br>**Source:** https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html (Last accessed March 11, 2026)<br><br>**Multi-Ring Forwarding Logic:**<br>In a multi-ring deployment, when both the ingress and egress nodes are on the same ring, that ring is the "common ring." When on different rings connected through an interconnection node, the forwarding path traverses the common ring shared by the ingress node and the interconnection node. The router's FDB-to-port mapping identifies which ring an egress port belongs to. | The Nokia 7750 SR performs common ring identification through three complementary mechanisms:<br><br>**(1) G.8032 Ring Instance Configuration Database:** Each G.8032 ring instance is explicitly configured with a unique ring-id and ring ports. When the FDB lookup resolves an egress port, that port is explicitly associated with a specific ring instance. The router's forwarding logic necessarily consults the ring |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | **Source:** https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html (Last accessed March 11, 2026)<br><br>**VPLS/EVPN Service Topology:**<br>When VPLS or EVPN services span multiple G.8032 rings, the 7750 SR maintains service topology information mapping which SAPs and SDPs exist on which rings. FDB entries are per-service, and each service instance is aware of the ring topology through its SAP-to-ring bindings.<br>**Source:** https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)<br><br>**IS-IS/OSPF Topology Database:**<br>IS-IS and OSPF routing protocols maintain a link-state topology database (LSDB/TED) containing full knowledge of the network's ring structure. CSPF for MPLS-TE and SR-TE policies explicitly identify which ring segments connect ingress and egress nodes. The SR OS provides "comprehensive QoS, IP/MPLS, segment routing and model-driven management features."<br>**Source:** https://documentation.nokia.com/sr/25-7/7750-sr/books/guide-documentation/sr-os-documentation-suite.html (Last accessed March 11, 2026) | instance database to determine which ring the packet will traverse. This constitutes identification of common rings—the node knows which rings connect it to the egress node because it knows which ring ports lead to that destination.<br><br>**(2) VPLS/EVPN Service Topology Layer:** When services span multiple G.8032 rings, the FDB entries are per-service and map SAPs to ring instances. The FDB lookup resolves the destination to a SAP on a specific ring, thereby identifying which ring(s) connect the ingress and egress nodes.<br><br>**(3) IS-IS/OSPF + CSPF:** For MPLS-TE and SR-TE deployments, the LSDB combined with CSPF path computation explicitly identifies which ring segments connect the ingress and egress nodes. CSPF by definition enumerates available paths and selects among them—this is explicit ring identification.<br><br>**Doctrine of Equivalents:** *This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents.*<br>*The 7750 SR performs substantially the same function (determining which rings connect the ingress and egress nodes), in substantially the same way (through ring instance configuration* |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | | *databases, FDB-to-ring-port mappings, and routing protocol topology awareness), to achieve substantially the same result (correct forwarding of packets through common ring paths).* |
| **[29b-iv]**<br><br>to select, responsively to a respective value of at least one of the header fields of the data packet, a ringlet of a ring among the one or more common rings, | **VLAN-Based Path A/B Selection:**<br>In G.8032 multi-ring deployments, the 7750 SR supports Path A/Path B VLAN load balancing. VLANs are assigned to either Path A (clockwise ringlet) or Path B (counterclockwise ringlet). The VLAN tag (802.1Q) in the Ethernet frame header is the "header field" that determines which path (ringlet) the packet traverses. Nokia's documentation explicitly states: "The assignment of the individual VLANs to path-a or path-b, respectively, has to be provisioned on both BSAs in a consistent manner."<br>**Source:** https://documentation.nokia.com/acg/24-3-2/books/tpsda-classic/c007-mc-ring.html (Last accessed March 11, 2026)<br>**Source:** https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html (Last accessed March 11, 2026)<br><br>**ECMP Hash-Based Path Selection:**<br>Nokia's SR OS documentation confirms that when ECMP is enabled, "the next-hop selection is typically based on a hash algorithm that tries to load balance traffic across all the next-hops while keeping all packets of a given flow on the same path." The hash inputs include source/destination IP addresses, IP protocol, source/destination L4 ports, and VLAN ID—all header field values.<br>**Source:** https://infocenter.nokia.com/public/7750SR150R1A/topic/com.sr.router.config/html/ip_router.html (Last accessed March 11, 2026)<br><br>**QoS/DSCP-Based Path Selection:**<br>The 7750 SR's QoS engine classifies packets into forwarding classes based on DSCP or Dot1p header fields, and class-based forwarding can map forwarding classes to specific LSPs. The FP silicon provides "flexible intelligent packet classification" that reads header field values to determine forwarding behavior. The SR OS provides "comprehensive QoS, IP/MPLS, segment routing" features for traffic engineering and path selection.<br>**Source:** Nokia 7750 SR Data Sheet | The Nokia 7750 SR selects a ringlet responsively to header field values through three independent, documented mechanisms:<br><br>**(1) VLAN-Based Path A/Path B Selection:** In G.8032 deployments, VLANs are explicitly assigned to Path A (clockwise ringlet) or Path B (counterclockwise ringlet). The 7750 SR reads the VLAN tag (802.1Q header field) from the incoming Ethernet frame and, based on that VLAN's pre-configured path assignment, forwards the frame over the corresponding ringlet. The VLAN ID is a "value of at least one of the header fields," and the Path A/B assignment is the "selection" of a "ringlet of a ring." This is a direct, documented mapping to the claim language.<br><br>**(2) ECMP Hash-Based Selection:** When multiple equal-cost paths exist on a ring (e.g., clockwise and counterclockwise), the FP4/FP5 applies a hash function to header fields (source/destination IP, L4 ports, VLAN) to deterministically select one path. The hash output maps each traffic flow to a specific ringlet, ensuring per-flow consistency. |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | | **(3) DSCP/QoS-Based TE Path Selection:** For MPLS-TE and SR-TE deployments, the DSCP value in the IP header determines which TE LSP (and thus which ringlet) carries the traffic. The SR OS "comprehensive QoS, IP/MPLS, segment routing" features enable class-based forwarding that maps header field values to specific forwarding paths. This is a responsive selection based on a header field value. |
| **[29b-v]**<br><br>and to forward the data packet to the egress ring node over the selected ringlet. | **Deterministic Packet Forwarding:**<br>Nokia's 7750 SR delivers "deterministic packet forwarding, advanced IP/MPLS capabilities, deep automation, and carrier-grade security for edge, core, and data center roles."<br>**Source:** https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)<br>**Source:** Nokia 7750 SR Portfolio Overview<br><br>**FP4 Line-Rate Forwarding:**<br>The FP4 silicon provides "fully programmable, deterministic performance for packet processing, classification, policing, queuing, and shaping at line rate." The FP5 delivers 6.0 Tb/s per chipset with full backward compatibility. FP5 is described as fully programmable with a datapath that "can deliver major new features and capabilities through simple microcode updates."<br>**Source:** https://www.nokia.com/networks/technologies/fp5/ (Last accessed March 11, 2026)<br><br>**Scalable Forwarding Capacity:**<br>The 7750 SR-s scales from 2.4 Tb/s full duplex to 216 Tb/s full duplex (up to 230 Tb/s with intelligent aggregation), supporting high-density 10GE to 800GE interfaces.<br>**Source:** Nokia 7750 SR-s Data Sheet<br><br>**G.8032 Ring Protection Forwarding:**<br>In G.8032 ring configurations, once the ringlet (Path A or Path B) has been selected based on VLAN assignment, the 7750 SR forwards the packet out the corresponding ring port. The ring port is pre-configured as part of the G.8032 ring instance, and the forwarding path follows the selected unidirectional ringlet to the egress ring node.<br>**Source:** https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026) | Forwarding a data packet to an egress node over a selected path is the fundamental, defining function of any IP router, and the Nokia 7750 SR is explicitly engineered for this purpose.<br><br>Once the FP4/FP5 network processor has (1) determined the egress ring node via FIB/FDB lookup, (2) identified the common ring(s), and (3) selected the appropriate ringlet based on header field values (VLAN tag, ECMP hash, or DSCP-to-TE mapping), it forwards the packet out the corresponding ring port at line rate.<br><br>Nokia's documentation confirms that the FP4 provides "deterministic packet forwarding performance even when complex processing-intensive operations are required." The 7750 SR forwards packets at up to 6.0 Tb/s per FP5 chipset, with total |

| CLAIM ELEMENT LANGUAGE | PROOF OF INFRINGEMENT | Explanation |
|---|---|---|
| | | chassis capacity scaling to 230 Tb/s.<br><br>This forwarding capability is exercised over the "selected ringlet"—the specific ring path (Path A or Path B) previously selected based on the packet's header field values. In the G.8032 context, the ring port assignment to a specific path (a or b) ensures the packet traverses the correct unidirectional ringlet to reach the egress ring node.<br><br>***Doctrine of Equivalents:*** *This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents.*<br>*The 7750 SR performs substantially the same function (delivering packets to the egress node), in substantially the same way (routing packets through ring port assignments and path selection), to achieve substantially the same result (efficient and reliable packet delivery over ring paths). The router's high-performance IP routing capabilities and SR OS ensure packets reach their destination within the ring network, achieving the same outcome as the claim.* |

**INDIRECT INFRINGEMENT BY NOKIA**

On information and belief, Defendants, in addition to directly infringing the Asserted Patents, infringe each of the Asserted Patents indirectly. Nokia actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011).

Knowledge. On information and belief, Nokia has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. Nokia's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. Nokia actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendants' knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by Nokia.

## APPENDIX: EVIDENCE SOURCES

**1. Nokia 7750 SR Product Page**
https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026)

**2. Nokia 7750 SR Data Sheet (FP4)**
https://www.nokia.com/asset/i/164728/ (Last accessed March 11, 2026)

**3. Nokia 7750 SR-a Data Sheet (FP3)**
https://www.nokia.com/asset/i/181678/ (Last accessed March 11, 2026)

**4. Nokia 7750 SR-s Data Sheet (FP4/FP5)**
https://www.nokia.com/asset/i/205421/ (Last accessed March 11, 2026)

**5. Nokia 7750 SR Portfolio Overview**
https://callmc.com/nokia-7750-service-router-portfolio/ (Last accessed March 11, 2026)

**6. Nokia FP5 Technology Page**
https://www.nokia.com/networks/technologies/fp5/ (Last accessed March 11, 2026)

**7. G.8032 Ethernet Ring Protection Switching**
https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026)

**8. G.8032 Multi-Ring Advanced Config Guide**
https://documentation.nokia.com/html/0_add-h-f/93-0267-HTML/7X50_Advanced_Configuration_Guide/G8032-MultiRing.html (Last accessed March 11, 2026)

**9. G.8032 Multi-Ring (Classic CLI, v23.7)**
https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html (Last accessed March 11, 2026)

**10. Multi-Chassis Ring Configuration Guide**
https://documentation.nokia.com/acg/24-3-2/books/tpsda-classic/c007-mc-ring.html (Last accessed March 11, 2026)

**11. G.8032 Protected Ethernet Rings Interface Config**
https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html (Last accessed March 11, 2026)

**12. SR OS Documentation Suite**
https://documentation.nokia.com/sr/25-7/7750-sr/books/guide-documentation/sr-os-documentation-suite.html (Last accessed March 11, 2026)

**13. 7750 SR Documentation Access Page**
https://documentation.nokia.com/sr/25-7/7750-sr/books/guide-documentation/access-documentation.html (Last accessed March 11, 2026)

**14. 7750 SR Interface Config – Chassis Slots**

      https://infocenter.nokia.com/public/7750SR217R1A/topic/com.nokia.Interface_Configuration_Guide_21.7.R1/chassis_slots_a-ai9emdynwj.html (Last accessed March 11, 2026)

**15. SR OS IP Router Configuration (ECMP)**

      https://infocenter.nokia.com/public/7750SR150R1A/topic/com.sr.router.config/html/ip_router.html (Last accessed March 11, 2026)