# EXHIBIT 15

Ex. 15 - Infringement Claim Chart | US 7,876,673 B2, Claim 18 | Nokia 7750 SR

# Ex. 15 to Complaint

**INFRINGEMENT CLAIM CHART**

## U.S. Patent No. 7,876,673 B2 — Claim 18

*"Prevention of Frame Duplication in Interconnected Ring Networks"*

**Accused Product: Nokia 7750 Service Router (SR) — All Variants (SR, SR-s, SR-a, SR-e; FP3/FP4/FP5)**

This chart provides details regarding only one example of Defendants' infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendants' products. Plaintiff will be seeking Defendants' internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendants' product indicated above. This accused product is representative of Defendants' infringement of the claim. While this chart specifically addresses the functionality of one product, these infringement contentions are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Products infringe in the same general way. This chart provides Defendants with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendants' practicing the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| **[18-Pre]** <br> **A communication apparatus** used in a **communication network** that includes multiple **ring nodes** arranged in at least **first and second ring networks**, the apparatus comprising **two or more interconnect nodes** that **connect the first and second ring networks**, wherein each **interconnect node is configured**: | **EVPN Multi-Homing:** Nokia SR OS EVPN Guide: "EVPN multi-homing allows two or more PEs (Provider Edge routers) to connect to the same Ethernet Segment (ES), providing redundant connectivity." Two 7750 SR PE nodes connect an access network (first ring) to the MPLS/VXLAN core network (second ring). <br> Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) <br> **G.8032 Ring Topology:** Nokia documentation: "Ethernet Sub-Rings offer a dual redundant way to interconnect rings." In G.8032 multiple ring topologies, "The nodes C and D are configured as interconnection nodes" connecting a sub-ring (first ring) to a major ring (second ring). <br> Source: https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026) <br> **Dual Ring Interconnect (DRI):** "Two ERP rings share a segment" composed of "two interconnection nodes (ICN) and a shared link." <br> Source: https://documentation.nokia.com/acg/23-7-2/books/md-cli-part-ii/m1071-g8032-multiring-md-cli.html (Last accessed March 11, 2026) <br> **Product:** "The Nokia 7750 Service Router (SR) portfolio provides high-performance IP routing across service provider, enterprise, and webscale networks. It delivers deterministic packet forwarding, advanced IP/MPLS capabilities, deep automation, and carrier-grade security for edge, core, and data center roles." <br> Source: https://www.nokia.com/networks/ip-networks/7750-service-router/ (Last accessed March 11, 2026) | The Nokia 7750 SR is a "communication apparatus" used in communication networks. It satisfies the preamble through two independent mechanisms. <br> **EVPN:** In EVPN multi-homing deployments, two or more 7750 SR routers serve as Provider Edge (PE) nodes that connect an access Ethernet Segment ("first ring network") to the MPLS/VXLAN transport network ("second ring network"). Each PE constitutes an "interconnect node" connecting the two networks. This is the standard deployment architecture for EVPN multi-homing, extensively documented in Nokia's SR OS EVPN Guide. <br> **G.8032:** The 7750 SR explicitly supports G.8032v2 sub-ring configurations where two interconnect nodes connect a sub-ring to a major ring. Nokia's documentation identifies "interconnection nodes" (ICN) by name and describes "dual ring interconnection (DRI)" with "two interconnection nodes (ICN) and a shared link"—a direct mapping to the claim language. <br> Each 7750 SR interconnect node is "configured" via the SR OS CLI with extensive parameters for eth-ring, sub-ring, EVPN, and VPLS service configuration. <br><br> **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (serving as a communication apparatus connecting |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | multiple ring networks through interconnect nodes), WAY (through EVPN multi-homing PE nodes and G.8032 dual ring interconnection nodes that bridge an access Ethernet Segment to an MPLS/VXLAN transport network), RESULT (enabling redundant, loop-free interconnection between first and second ring networks with configurable protection and failover). |
| **[18a]** to **send a synchronization message** indicating the **status thereof**; | **EVPN:** Each 7750 SR PE sends BGP EVPN Type 1 (Ethernet Auto-Discovery per EVI) and Type 4 (Ethernet Segment) routes to peer PEs. These carry the PE's IP address, ES identifier, and availability for DF election. Upon link failure, the PE withdraws its Type 1 routes—a synchronization message indicating changed status. Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **G.8032:** "R-APS messages are periodically sent around the ring to inform other nodes in the Ring about the blocked port in the RPL owner node." R-APS messages carry the node ID, RPL owner status, Blocked Port Reference, and ring state (Normal, Signal Fail, Manual Switch, Forced Switch). Source: https://infocenter.nokia.com/public/7750SR225R1A/topic/com.nokia.Services_Overview_Guide/overview_of_g-8-d10e4611.html (Last accessed March 11, 2026) **Topology Change Propagation:** "When Sub-Rings protect a link, the flush messages are propagated to the major ring." Interconnection nodes propagate topology change status across rings. Source: https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026) | The Nokia 7750 SR sends synchronization messages indicating its status through both EVPN and G.8032 mechanisms. **EVPN:** BGP EVPN Type 1 and Type 4 routes explicitly indicate the PE's status: its IP address, its ES membership, and its availability for DF election. When a PE detects a link failure, it withdraws its Type 1 routes—a synchronization message indicating a change in status. These messages are sent proactively and in response to state changes, directly mapping to "send a synchronization message indicating the status thereof." **G.8032:** R-APS messages carry the node ID, RPL owner status, Blocked Port Reference, and ring state (Normal, Signal Fail, etc.), explicitly "indicating the status" of the sending node to all other ring nodes. **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (communicating node status information to peer nodes in the network), WAY (through BGP EVPN |

Ex. 15 - Infringement Claim Chart | US 7,876,673 B2, Claim 18 | Nokia 7750 SR

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | Type 1/Type 4 route advertisements and G.8032 R-APS message transmissions carrying node identity, segment membership, and operational state), RESULT (enabling peer interconnect nodes to maintain an accurate, real-time view of each node's availability and role for coordinated forwarding decisions). |
| **[18b]** to **receive the synchronization messages** of the other interconnect nodes; | **EVPN:** BGP EVPN routes are received by all PEs sharing an Ethernet Segment. Type 1 and Type 4 routes received from peer PEs enable each PE to build its view of ES membership and to run the DF election algorithm. <br> **Source:** https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) <br> **G.8032:** "Once a ring node in the ring learns that another link is blocked, the node unblocks its blocked link possibly causing FDB flush." Each node processes R-APS messages and maintains a ring state table. The guard timer prevents nodes from "acting upon outdated R-APS messages," confirming active reception and processing. <br> **Source:** https://infocenter.nokia.com/public/7750SR225R1A/topic/com.nokia.Services_Overview_Guide/overview_of_g-8-d10e4611.html (Last accessed March 11, 2026) | Each 7750 SR PE receives synchronization messages from other interconnect nodes through both EVPN and G.8032. <br> **EVPN:** Each PE receives BGP EVPN Type 1 and Type 4 routes from peer PEs on the shared Ethernet Segment. By processing these routes, each PE learns the identity and status of every other PE on the ES, building a complete picture of ES membership. This reception is a prerequisite for the DF election algorithm to function. <br> **G.8032:** Each ring node processes R-APS messages received from other nodes and maintains a ring state table tracking the current status of the ring, including which node is blocking which port. <br> **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (ingesting status information from peer interconnect nodes), WAY (through BGP EVPN route reception and R-APS message processing, with guard timers filtering stale messages), RESULT (enabling each interconnect node to build and |

Ex. 15 - Infringement Claim Chart | US 7,876,673 B2, Claim 18 | Nokia 7750 SR

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | maintain a complete membership and status table for all peer nodes on the shared segment). |
| **[18c]** responsively to receiving the synchronization messages, **taking on a forwarding status** selected from a group consisting of: **"forward mine"; "forward none"; and "forward all"** | **EVPN DF Election:** "When all PEs on an ES are operational, DF election selects one DF per VLAN. Upon PE failure (BGP hold timer expiry), surviving PEs re-run DF election. With only one PE remaining, it becomes DF for all VLANs." Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **RFC 8584:** Framework for EVPN DF Election defines DF election algorithms including Type 0 (modulo-based: D[i] = (V + Si) mod N) and Type 3 (preference-based). Source: https://www.rfc-editor.org/rfc/rfc8584 (Last accessed March 11, 2026) **Mass Withdrawal:** "When a PE detects local ES link failure, it withdraws its Type 1 routes, causing other PEs to take over." Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **G.8032:** Ring port forwarding states transition between forwarding and blocked in response to R-APS messages. The RPL Owner blocks the RPL during normal operation and unblocks upon failure. "G.8032 controls the active state for the data VLANs." Source: https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026) | The Nokia 7750 SR responsively takes on forwarding statuses that directly map to the three claimed states: • **"Forward mine" ≡ Designated Forwarder (DF) status:** After receiving BGP EVPN routes (synchronization messages), each PE runs the DF election algorithm. The PE elected as DF for a given VLAN forwards BUM traffic for that VLAN only—it forwards "mine" and refrains from forwarding traffic for VLANs assigned to other PEs. In G.8032: normal selective forwarding based on RPL configuration. • **"Forward none" ≡ Non-DF / Withdrawn status:** A PE that has withdrawn its Type 1 routes (due to link failure) does not forward any traffic regardless of the mapping function. In G.8032: the RPL Owner blocks traffic on the RPL link regardless of other considerations. • **"Forward all" ≡ Sole surviving PE:** When a peer PE fails, the surviving PE re-runs DF election. With only one PE remaining, it becomes DF for all VLANs—forwarding all traffic "regardless of the predefined mapping function" because the modulo result for every VLAN resolves to the sole surviving PE. In G.8032: upon failure, RPL Owner unblocks the RPL and forwards all traffic to restore full connectivity. These state transitions are directly responsive to received synchronization messages (BGP EVPN routes / R-APS messages). |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (dynamically selecting a forwarding posture in response to received peer status information), WAY (through EVPN DF election algorithm execution and G.8032 ring state machine transitions triggered by received BGP routes and R-APS messages), RESULT (assigning each interconnect node one of three functionally equivalent forwarding states—selective forwarding, no forwarding, or unconditional forwarding—to prevent frame duplication and ensure network resilience). |
| **[18d]** to **accept a data packet**, which is **sent from a source user node connected to the first ring network**; | **EVPN:** In EVPN multi-homing, two or more 7750 SR PEs are connected to the same Ethernet Segment. When a source user node on the access segment (first ring network) sends a data packet, both PEs receive copies of the packet via Service Access Points (SAPs). Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **G.8032:** "Eth-rings are supported on VPLS SAPs (VPLS, I-VPLS, B-VPLS). VPLS services supporting Rings SAPs can connect to other rings." User traffic enters the ring network through SAPs on ring nodes. Source: https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026) **VPLS MAC Learning:** "MAC address learning is performed by the 7750 SR to reduce the amount of unknown destination MAC address flooding. 7750 SR routers learn the source MAC addresses of the traffic arriving on their access and network ports." Source: https://infocenter.nokia.com/public/7750SR140R4/topic/com.sr.l2/html/vpls.html (Last accessed March 11, 2026) **Product:** The 7750 SR serves as "edge routing, core routing, data center gateways, multi-access gateways, fixed-wireless gateways, broadband network gateways, IPsec gateways, and aggregation." Source: https://www.nokia.com/asset/i/164728/ (Last accessed March 11, 2026) | The Nokia 7750 SR accepts data packets from source user nodes connected to the first ring network. **EVPN:** In EVPN multi-homing, both PEs accept data packets from source user nodes on the access Ethernet Segment. This is the fundamental operating principle—multiple PEs accept data packets from the same source user node. **G.8032:** In sub-ring configurations, interconnect nodes receive data packets from source user nodes connected to the sub-ring via VPLS SAPs. The 7750 SR's role as an edge router, broadband network gateway, and aggregation platform confirms its function of accepting data packets from source user nodes. |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (ingesting user data traffic originating from the access network), WAY (through Service Access Points (SAPs) on the PE nodes and VPLS ring SAPs that receive Ethernet frames from source user nodes on the first ring network), RESULT (enabling the interconnect node to process and forward subscriber data packets between the access and transport networks). |
| **[18e]** to **extract an attribute** from the data packet; | **EVPN DF Election:** "The DF election procedure uses a modulo-based algorithm (Vi mod N, where Vi is the VLAN identifier and N is the number of PEs on the Ethernet Segment) to deterministically select one PE as the Designated Forwarder for each VLAN." The attribute extracted is the VLAN ID (802.1Q tag) from the Ethernet frame header. Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **RFC 8584:** "DF election Type 0: D[i] = (V + Si) mod N, where V = VLAN identifier." The variable "V" can only be obtained by extracting the 802.1Q VLAN tag from the data packet's Ethernet header. Source: https://www.rfc-editor.org/rfc/rfc8584 (Last accessed March 11, 2026) **FP Silicon:** "At the heart of the Nokia 7750 SR is the fully programmable Nokia FP4 routing silicon" which performs "deterministic packet forwarding" including "precise IP payload filters" and supports "thousands of IP flows and access control lists." Source: https://www.nokia.com/asset/i/164728/ (Last accessed March 11, 2026) **G.8032:** "G.8032 controls the active state for the data VLANs (ring data instances) associated with a control instance." The VLAN ID is extracted to associate packets with specific ring data instances. MAC addresses are also extracted for FDB learning. Source: https://documentation.nokia.com/sr/25-3/7x50-shared/services-overview/g.8032-ethernet-r-protection-switch.html (Last accessed March 11, 2026) | The Nokia 7750 SR extracts the VLAN ID (802.1Q tag) from the Ethernet frame header of each incoming data packet. The extraction of the VLAN ID is an inherent, necessary step in the EVPN DF election process. The DF election formula $D[i] = (V + Si)$ mod N requires the variable "V" (the VLAN identifier) as its primary input. This variable can only be obtained by extracting the 802.1Q VLAN tag from the data packet. Without this extraction step, the DF election algorithm cannot function. The Nokia FP4/FP5 routing silicon is a "fully programmable network processor" specifically designed for high-speed packet inspection and classification, routinely extracting multiple attributes from data packets—including VLAN tags, MAC addresses, IP headers, and QoS markings—as part of its forwarding pipeline. **Doctrine of Equivalents: This claim element is literally infringed by** |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE). FUNCTION (inspecting incoming data packets to identify a classifying attribute), WAY (through the Nokia FP4/FP5 programmable routing silicon's packet parsing pipeline, which reads the 802.1Q VLAN tag and other header fields from Ethernet frame headers), RESULT (providing the extracted VLAN identifier as the input variable for the deterministic DF election mapping function). |
| **[18f]** to **apply a predefined mapping function** to the extracted attribute so as to **select a single interconnect node** for forwarding the data packet to the second ring network; | **EVPN DF Election Algorithm:** "The DF election procedure uses a modulo-based algorithm (Vi mod N) to deterministically select one PE as the Designated Forwarder for each VLAN." Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **RFC 8584:** "DF election Type 0: D[i] = (V + Si) mod N, where V = VLAN identifier, Si = ordinal of PE, N = number of PEs. DF election Type 3: Preference-based, using highest preference PE as DF." Source: https://www.rfc-editor.org/rfc/rfc8584 (Last accessed March 11, 2026) **Nokia Implementation:** Nokia SR OS supports both default modulo-based DF election (Type 0) and preference-based DF election (Type 3) on the 7750 SR platform. Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **G.8032 Load Balancing:** "G.8032 also supports multiple control instances such that each instance can support RPLs on different links providing for a load balancing capability." Different VLANs can be assigned to different control instances, distributing traffic across different interconnection nodes. Source: https://infocenter.nokia.com/public/7750SR225R1A/topic/com.nokia.Services_Overview_Guide/overview_of_g-8-d10e4611.html (Last accessed March 11, 2026) | The EVPN DF election algorithm is a textbook "predefined mapping function" applied to an "extracted attribute" to "select a single interconnect node." **Type 0 (Default Modulo):** $D[i] = (V + Si) \bmod N$. This is a deterministic, predefined mathematical function. It takes the extracted VLAN ID ("V") as input, applies a modulo operation against the number of PEs ("N"), and outputs the ordinal index of the single PE selected as the Designated Forwarder for that VLAN. The function is "predefined" because it is configured before any data packets are processed—it is part of the EVPN protocol specification (RFC 8584) implemented in the 7750 SR's SR OS software. **Type 3 (Preference-Based):** The highest-preference PE is selected as DF. This is also a "predefined mapping function"—a deterministic rule applied to known parameters to select a single interconnect node. |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | The result is the selection of a "single interconnect node for forwarding the data packet to the second ring network." Only the elected DF forwards BUM traffic from the access segment (first ring) to the MPLS/VXLAN core (second ring). Non-DF PEs refrain from forwarding.. |
| | | **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (deterministically selecting a single interconnect node responsible for forwarding a given data packet), WAY (through the EVPN DF election modulo-based algorithm D[i] = (V + Si) mod N applied to the extracted VLAN ID, or through preference-based Type 3 election), RESULT (ensuring that exactly one PE is designated as the forwarder for each VLAN, eliminating duplicate frame transmission to the second ring network). |
| [18g]<br><br>if the interconnect node has a **"forward mine"** **forwarding status**, to **forward a single copy** of the data packet to the second ring network **only if** the interconnect node is the selected interconnect node, while **refraining from forwarding** a copy if the interconnect node is not the selected interconnect node; | **EVPN DF Behavior:** "When all PEs on an ES are operational, DF election selects one DF per VLAN." The DF forwards BUM traffic for its assigned VLANs. The non-DF PE refrains from forwarding BUM traffic for those VLANs. EVPN split-horizon rules prevent the non-DF from forwarding duplicate copies.<br>**Source:** https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026)<br>**RFC 8584:** "The Designated Forwarder is the PE responsible for forwarding BUM traffic for a given VLAN on a given Ethernet Segment. Non-DF PEs MUST NOT forward BUM traffic for that VLAN."<br>**Source:** https://www.rfc-editor.org/rfc/rfc8584 (Last accessed March 11, 2026)<br>**G.8032:** "Loop avoidance in the ring is achieved by guaranteeing that, at any time, traffic may flow on all but one of the ring links." Only the selected interconnect node (based on VLAN/control-instance mapping) forwards data to the second ring; the other blocks its RPL.<br>**Source:** https://documentation.nokia.com/html/0_add-h-f/93-0267-HTML/7X50_Advanced_Configuration_Guide/G8032-MultiRing.html (Last accessed March 11, 2026) | The EVPN DF election on the Nokia 7750 SR implements precisely the "forward mine" behavior.<br>When a 7750 SR PE is the DF for a given VLAN, it forwards a single copy of BUM traffic from the access segment to the MPLS/VXLAN core—but only for VLANs where the DF election algorithm selected this PE ("only if the interconnect node is the selected interconnect node"). For VLANs where a different PE was selected as DF, this PE refrains from forwarding—directly mapping to "refraining from forwarding a |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | | copy if the interconnect node is not the selected interconnect node." This per-VLAN granularity is fully consistent with the claim's "forward mine" concept: the node forwards only what is "mine" (assigned to it by the mapping function) and refrains from forwarding what is not. EVPN split-horizon rules further ensure only a single copy is forwarded, preventing frame duplication—the very problem the '673 Patent solves. **Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (selectively forwarding traffic only for VLANs assigned to this node by the mapping function), WAY (through EVPN DF election per-VLAN assignment and split-horizon enforcement, where the elected DF forwards BUM traffic and the non-DF PE refrains), RESULT (ensuring a single copy of each data packet is forwarded to the second ring network for assigned VLANs while preventing frame duplication for non-assigned VLANs). |
| **[18h]** if the interconnect node has a **"forward none" forwarding status**, then **refraining from forwarding** a copy of the data packet **regardless of** the predefined mapping function and the selected interconnect node; | **EVPN Mass Withdrawal:** "When a PE detects local ES link failure, it withdraws its Type 1 routes, causing other PEs to take over." A PE that has withdrawn from the ES does not forward any BUM traffic regardless of the DF election algorithm. Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026) **G.8032 RPL Blocking:** "One designated node, the RPL Owner, is responsible to block traffic over the one designated RPL." When a ring port is in the blocked state, no data traffic is forwarded regardless of VLAN mapping or other forwarding rules. Forced-switch and manual-switch commands also disable forwarding. | The Nokia 7750 SR implements a "forward none" state through multiple mechanisms. **EVPN:** When a PE detects local ES link failure, it withdraws its BGP EVPN Type 1 routes. In this withdrawn state, the PE does not forward any BUM traffic for any VLAN on that Ethernet Segment—"regardless of the predefined mapping function and the selected interconnect |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| | Source: https://documentation.nokia.com/html/0_add-h-f/93-0267-HTML/7X50_Advanced_Configuration_Guide/G8032-SingleRing.pdf (Last accessed March 11, 2026)<br>**VPLS Discard:** "If discard-unknown is enabled at the VPLS level, packets with unknown destination MAC address will be dropped instead of being flooded."<br>Source: https://infocenter.nokia.com/public/7750SR140R4/topic/com.sr.l2/html/vpls.html (Last accessed March 11, 2026) | node." The DF election mapping function becomes irrelevant because the PE has removed itself from the ES entirely.<br>**G.8032:** The RPL blocking state is functionally equivalent to "forward none." When a port is RPL-blocked, no user traffic is forwarded through that port regardless of any other forwarding consideration. Administrative forced-switch commands also cause absolute cessation of forwarding, overriding all other routing logic.<br><br>**Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (unconditionally ceasing all forwarding activity regardless of mapping function results), WAY (through BGP EVPN Type 1 route withdrawal upon local link failure and G.8032 RPL port blocking, which override all normal forwarding logic), RESULT (preventing the failed or administratively blocked interconnect node from forwarding any traffic, thereby avoiding duplicate or misdirected frames during failure conditions). |
| **[18i]**<br>if the interconnect node has a **"forward all" forwarding status**, then **forwarding a singled copy** of the data packet to the second ring network **regardless of** the predefined mapping | **EVPN Sole Surviving PE:** "Upon PE failure (BGP hold timer expiry), surviving PEs re-run DF election. With only one PE remaining, it becomes DF for all VLANs." The modulo mapping function is effectively overridden because every VLAN resolves to the same (only) PE.<br>Source: https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html (Last accessed March 11, 2026)<br>**G.8032 Protection State:** "The RPL Owner then unblocks the previously blocked RPL and triggers FDB flush for all nodes for the affected service instances. The ring is now in protecting state and full ring connectivity is restored." "When there is any one link failure or any one node | The Nokia 7750 SR implements a "forward all" state when a peer interconnect node fails.<br>**EVPN:** When a peer PE fails (detected via BGP hold timer expiry or Type 1 route withdrawal), the surviving PE re-runs DF election. With only one PE remaining on the ES, it becomes the Designated Forwarder for all VLANs— |

| Claim Element | Evidence of Infringement | Explanation |
|---|---|---|
| function and the selected interconnect node. | failure in the ring, G.8032 protocols are capable of restoring traffic between all remaining nodes" within 50 ms.<br>Source:<br>https://infocenter.nokia.com/public/7750SR225R1A/topic/com.nokia.Services_Overview_Guide/overview_of_g-8-d10e4611.html (Last accessed March 11, 2026)<br>**VPLS Flooding:** "If the destination MAC address has not been learned, PE A will flood the packet to both PE B and PE C that are participating in the service."—overriding normal selective forwarding.<br>Source: https://infocenter.nokia.com/public/7750SR140R4/topic/com.sr.l2/html/vpls.html (Last accessed March 11, 2026) | forwarding a single copy of every BUM packet to the core network "regardless of the predefined mapping function." The mapping function (Vi mod N) becomes irrelevant when N = 1, because every modulo operation returns the same result. This failover is directly responsive to received synchronization messages.<br>**G.8032:** Upon detecting a ring failure via R-APS Signal Fail messages, the RPL Owner unblocks the RPL and the surviving interconnect node forwards all traffic that was previously blocked—also mapping to "forward all" triggered by synchronization messages. Nokia confirms "full ring connectivity is restored" and traffic reaches "all remaining nodes" within 50 ms.<br><br>**Doctrine of Equivalents: This claim element is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim element is infringed under the doctrine of equivalents (DOE).** FUNCTION (unconditionally forwarding all traffic regardless of the normal mapping function), WAY (through EVPN sole-surviving-PE DF re-election where N=1 causes all VLANs to resolve to the single remaining PE, and G.8032 RPL Owner unblocking upon ring failure detection via R-APS Signal Fail messages), RESULT (restoring full network connectivity by having the surviving interconnect node assume forwarding responsibility for all traffic within sub-50ms recovery times). |

**Ex. 15 - Infringement Claim Chart | US 7,876,673 B2, Claim 18 | Nokia 7750 SR**

**INDIRECT INFRINGEMENT BY NOKIA**

On information and belief, Defendants, in addition to directly infringing the Asserted Patents, infringe each of the Asserted Patents indirectly. Nokia actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011).

Knowledge. On information and belief, Nokia has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. Nokia's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. Nokia actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendants' knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by Nokia.