# EXHIBIT 16

# Ex. 16 to Complaint

## Infringement Claim Chart

### Claim 14 — US Patent No. 8,009,684 B2

Accused Product: Nokia 7750 SR Service Router

This chart provides details regarding only one example of Defendants' infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendants' products. Plaintiff will be seeking Defendants' internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendants' product indicated above. This accused product is representative of Defendants' infringement of the claim. While this chart specifically addresses the functionality of one product, these infringement contentions are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Products infringe in the same general way. This chart provides Defendants with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendants' practicing the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| **A communication network,** comprising: | The Nokia 7750 SR Service Router is described as a component used to build and operate communication networks. Nokia states that the 7750 SR series is designed for "IP networking in the 5G and cloud era" and helps "build an IP network that can evolve with changing needs for years to come." (https://www.nokia.com/ip-networks/7750-service-router/) (Last accessed March 11, 2026) The 7750 SR portfolio provides "a foundational platform for building high-performance, secure, and automated networks" for "service providers, webscale companies, and enterprises." (https://www.nokia.com/asset/164728) (Last accessed March 11, 2026) The product supports "the full array of demanding applications on a common platform" including "edge router, core router, peering router, data center gateway, multi-access gateway, fixed-wireless gateway, broadband network gateway, IPsec gateway, and aggregation applications." (https://www.nokia.com/asset/205421) (Last accessed March 11, 2026) Nokia's Service Router Operating System (SR OS) provides "exceptional IP network performance." (https://www.nokia.com/ip-networks/service-router-operating-system-nos/) (Last accessed March 11, 2026) The Nokia 7750 SR is Nokia's flagship IP/MPLS service edge router, first launched in 2003, now in its fifth generation (FP5), scaling to 230 Tb/s and deployed in over 350 service provider networks across 100+ countries. The 7750 SR supports G.8032 ERPS for Ethernet ring protection and provides a comprehensive Carrier Ethernet feature set including G.8032 ERPS. The Nokia 7750 SR-OS Services Guide describes a comprehensive service model including Service Access Points (SAPs) and Service Distribution Points (SDPs) for Layer 2 and Layer 3 services that define the communication network infrastructure. (https://documentation.nokia.com/sr/7750-SR/) (Last accessed March 11, 2026) | This claim limitation requires the accused product to be or comprise a "communication network." Nokia's own documentation and marketing materials describe the 7750 SR as a foundational platform for building communication networks. When deployed and operated by its customers -- including over 350 service provider networks worldwide -- the 7750 SR forms a critical, integrated part of a "communication network." Its capabilities across edge, core, peering, data center, and aggregation roles confirm that it is not merely a standalone device but is designed, marketed, and used to comprise a communication network. **Doctrine of Equivalents** Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of "A communication network" is to provide connectivity and enable communication between various entities. The Nokia 7750 SR, when deployed, performs the function of enabling and facilitating communication across a network by routing and managing data traffic. The WAY this function is performed is by providing the necessary hardware and software infrastructure (e.g., routing, switching, security features) to transmit data packets between different points, which is substantially the same way a generic communication network operates. The RESULT is the successful and efficient exchange of information between connected devices and users, which is |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | | substantially the same result achieved by any communication network. |
| at least two communication rings in an asymmetric layout, exactly one of which communication rings is an anchor ring, each communication ring comprising two unidirectional ringlets oriented in mutually-opposite directions; | The Alcatel-Lucent 7750 SR-OS Services Guide at page 48 explicitly states: "Ethernet Sub-Rings offer a dual redundant way to interconnect rings. The 7x50 supports Sub-Rings connected to major rings and a sub-ring connected to a VPLS (LDP based) for access rings support in VPLS networks." This directly establishes the presence of at least two communication rings -- a "major ring" and one or more "sub-rings" -- operating on the Nokia 7750 SR platform. (https://infocenter.nokia.com/public/7750SR222R1A/topic/com.nokia.Services_Overview_Guide/ethernet_ring_s-d10e4887.html) (Last accessed March 11, 2026)<br><br>Nokia's Advanced Configuration Guide documents multi-ring and sub-ring configuration sections that describe interconnected ring topologies where a single 7750 SR node participates in two or more independent G.8032 ring instances. (https://documentation.nokia.com/acg/23-7-2/books/md-cli-part-ii/m1071-g8032-multiring-md-cli.html) (Last accessed March 11, 2026)<br><br>Nokia's G.8032 Ethernet Ring Protection Multiple Ring Topology documentation further confirms the 7750 SR's support for multiple ring configurations. (https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026)<br><br>Nokia's G.8032 Protected Ethernet Rings Guide documents the 7750 SR's explicit support for G.8032v2, including sub-ring and multi-ring topologies. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026)<br><br>The Nokia 7750 SR supports up to 128 Ethernet ring instances per node, enabling complex multi-ring topologies that easily satisfy the "at least two communication rings" requirement. The Nokia 7750 SR chassis variants (SR-7 with 5 line card slots, SR-12 with 10 slots, SR-12e with 9 slots) support sufficient interface density to sustain multiple simultaneous ring memberships through dedicated line cards.<br><br>The Nokia 7750 SR's SONET/SDH interfaces additionally support participation in Bidirectional Line-Switched Ring (BLSR) configurations with distinct working (inner) and protection (outer) rings. BLSR inherently operates with two distinct ring paths — the working fiber and the protection fiber — providing a direct literal mapping to the patent's requirement of "two unidirectional ringlets oriented in mutually-opposite directions." In a 2-fiber BLSR deployment, working traffic flows in one direction around the ring while protection capacity flows in the opposite direction, creating two physically separate, unidirectional ringlets. When the Nokia 7750 SR participates in multiple SONET/SDH BLSR rings at different line rates (e.g., OC-48, OC-192) or over different fiber pairs, the rings form distinct ring topologies where different nodes participate in different rings, creating the asymmetric layout required by the claim.<br><br>The sub-ring and major ring architecture inherently constitutes an asymmetric layout because the major ring connects all nodes in the network, while sub-rings connect only a subset of nodes. Not all nodes participate in all rings. G.8032 RPL (Ring Protection Link) blocking creates directional asymmetry at the link level.<br><br>In the sub-ring/major ring configuration, the major ring serves as the "anchor ring" -- it is the only ring that connects to all nodes in the network, while sub-rings connect to only a subset of nodes. The Nokia 7750 SR-OS Services Guide describes how "major rings are connected by sub-rings to the top level major ring" (Services Overview Guide: Release 24.10.R1, at page 79). (https://infocenter.nokia.com/public/7750SR222R1A/topic/com.nokia.Services_Overview_Guide/ethernet_ring_s-d10e4887.html) (Last accessed March 11, 2026)<br><br>Nokia G.8032 documentation confirms bidirectional ring architecture: "In a G.8032 ring, each node has two ring ports -- one facing each neighbor." Nokia product documentation confirms "Bidirectional ring transmission / ring protection" and "G.8032 ring configuration on 7210 SAS, including two-path rings." In MPLS-TE and SR-TE contexts, the clockwise and counterclockwise ring paths constitute distinct traffic engineering resources that can | This compound limitation requires: (a) at least two communication rings, (b) in an asymmetric layout, (c) exactly one anchor ring, and (d) each ring comprising two unidirectional ringlets in opposite directions.<br><br>(a) At Least Two Communication Rings: The Nokia 7750 SR's G.8032v2 implementation explicitly supports sub-ring and multi-ring topologies with major rings and sub-rings, directly mapping to "at least two communication rings." The 7750 SR supports up to 128 Ethernet ring instances per node, and its chassis variants (SR-7: 5 slots; SR-12: 10 slots; SR-12e: 9 slots) provide sufficient interface density for multiple simultaneous ring memberships. Additionally, the 7750 SR's SONET/SDH BLSR support enables participation in multiple BLSR rings at different line rates, providing an independent basis for satisfying this element.<br><br>(b) Asymmetric Layout: The sub-ring/major ring architecture inherently creates an asymmetric layout because the major ring connects all nodes in the network, while sub-rings connect only a subset of nodes. Furthermore, G.8032 RPL blocking creates directional asymmetry at the link level.<br><br>(c) Exactly One Anchor Ring: In the documented configuration, the "major ring" (also called the "top level major ring" in Nokia's Services Overview Guide) is functionally the "anchor ring" -- it is the singular, all-connecting communication ring in the network, |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | be independently managed. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026) | and it is the only ring connected to every node.<br><br>(d) Two Unidirectional Ringlets: The G.8032 two-path ring architecture, where each node has two ring ports facing opposite neighbors and traffic can flow in both clockwise and counterclockwise directions, constitutes "two unidirectional ringlets oriented in mutually-opposite directions." The MPLS-TE/SR-TE independent management of clockwise and counterclockwise paths provides additional evidence.<br><br>Additionally, each BLSR ring inherently operates with two physically separate, unidirectional ringlets: a working fiber carrying traffic in one direction and a protection fiber carrying traffic in the opposite direction. In a 2-fiber BLSR deployment, working traffic flows in one direction around the ring while protection capacity flows in the opposite direction, providing proof of infringement of the patent's "two unidirectional ringlets oriented in mutually-opposite directions" limitation.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this limitation is to provide a robust, redundant, and high-capacity internal communication network facilitating efficient data transfer and fault tolerance through specific ring-based topologies. The Nokia 7750 SR's G.8032 multi-ring/sub-ring implementation with major rings and sub-rings, combined with its MPLS-TE and SR-TE bidirectional |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | | path capabilities, performs substantially the same function. The WAY this function is performed -- through G.8032 ring protection switching with RPL blocking, sub-ring interconnection, and traffic engineering path selection across clockwise and counterclockwise ring directions -- is substantially the same way. Nokia's multi-ring topology performs substantially the same function (organizing multiple rings in a hierarchical arrangement with asymmetric node membership), in substantially the same way (using G.8032 major ring/sub-ring interconnections at shared nodes or SONET/SDH BLSR over shared fiber nodes), to achieve substantially the same result (multi-ring communication with protection switching across asymmetrically connected rings). The RESULT -- highly reliable, high-throughput, redundant data communication with protection switching and efficient path utilization -- is substantially the same result. |
| **and a plurality of ring nodes connected by the communication rings,** | Nokia's G.8032 documentation explicitly uses the term "ring node." The Services Overview Guide states: "Each Ring Node blocks one of its links and notifies other nodes in the ring about the blocked link." (https://infocenter.nokia.com/public/7750SR222R1A/topic/com.nokia.Services_Overview_Guide/ethernet_ring_s-d10e4887.html) (Last accessed March 11, 2026) | This limitation requires a plurality of ring nodes connected by the communication rings. Nokia's own documentation uses the term "Ring Node" to describe each router participating in a G.8032 ring. In a multi-ring deployment, a plurality (two or more) of these ring nodes are connected by the communication rings -- both the major ring and the sub-ring(s). The R-APS messaging protocol ensures that all ring nodes are aware of and connected through the ring topology. Nokia's G.8032 ring topology requires a plurality of ring nodes, and the 7750 SR is explicitly designed and documented to function as such a ring node. Its global deployment in |
| | The Nokia 7750 SR and related platforms are configured as ring nodes through G.8032 Ethernet Ring Protection Switching. Nokia's Advanced Configuration Guide provides step-by-step procedures for configuring G.8032 ring topology on these platforms, including ring instance creation, ring port assignment, RPL owner designation, and timer configuration. Each router in the ring is a "ring node" that participates in the ring protection protocol by sending and receiving R-APS messages, maintaining ring state, and performing protection switching when failures occur. (https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026) | |
| | In a multi-ring/sub-ring configuration, multiple 7750 SR routers serve as "ring nodes" connected by the communication rings (both major and sub-rings). The G.8032 ring topology explicitly connects ring nodes through the communication rings. Each ring node has ring ports connecting it to adjacent nodes, and in multi-ring configurations, interconnect nodes provide connections through multiple communication rings. (https://documentation.nokia.com/acg/23-7-2/books/md-cli-part-ii/m1071-g8032-multiring-md-cli.html) (Last accessed March 11, 2026) | |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | The Nokia 7750 SR is deployed in over 350 service provider networks across 100+ countries, demonstrating widespread deployment of multiple 7750 SR units (a "plurality") in ring configurations. (https://www.nokia.com/ip-networks/7750-service-router/) (Last accessed March 11, 2026)<br><br>The Nokia 7750 SR portfolio is a "comprehensive family of high-performance IP routers" that is "trusted by global communication service providers, cloud operators, and large enterprises." (https://www.nokia.com/asset/164728) (Last accessed March 11, 2026) | hundreds of service provider networks confirms that pluralities of 7750 SR ring nodes are routinely configured.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of "a plurality of ring nodes connected by the communication rings" is to provide multiple interconnected points within a network that form a closed loop for resilient data transmission. The Nokia 7750 SR, when deployed as a router in a ring topology, performs the corresponding function of acting as an interconnected point (node) within a resilient network loop. The WAY this function is performed by the accused product is through its routing capabilities, which enable it to receive, process, and forward data traffic to other 7750 SRs that together form a ring structure. The RESULT achieved is substantially the same: a resilient and highly available communication network. |
| **wherein the asymmetric layout is such that not all the nodes of the plurality of ring nodes are connected to all the communication rings,** | The G.8032 sub-ring/major ring architecture provides direct evidence for this element. In this configuration, only the interconnect nodes participate in both the major ring and the sub-ring(s). Other nodes participate in only one ring -- either the major ring or a sub-ring. (https://infocenter.nokia.com/public/7750SR222R1A/topic/com.nokia.Services_Overview_Guide/ethernet_ring_s-d10e4887.html) (Last accessed March 11, 2026)<br><br>Nokia's Advanced Configuration Guide documents multi-ring configuration with detailed configuration examples showing a node participating in two or more independent G.8032 ring instances, while other nodes participate in only one. (https://documentation.nokia.com/acg/23-7-2/books/md-cli-part-ii/m1071-g8032-multiring-md-cli.html) (Last accessed March 11, 2026)<br><br>Nokia's G.8032 Ethernet Ring Protection Multiple Ring Topology documentation further confirms this asymmetric connectivity. (https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026)<br><br>The Nokia 7750 SR portfolio includes various models designed for different network roles and scales (SR-s, SR-x, SR-a, SR-e), supporting diverse deployment requirements including edge, core, and aggregation. These | In a G.8032 multi-ring deployment, only interconnect nodes are connected to multiple rings. Other nodes in the major ring are not connected to sub-rings, and nodes in sub-rings that are not interconnect nodes are not connected to the major ring. This directly satisfies the claim requirement that "not all the nodes of the plurality of ring nodes are connected to all the communication rings." The Nokia SR-OS Services Guide's description of sub-rings connected to major rings via interconnect |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | varied deployment scenarios mean that not all nodes are uniformly connected to all communication rings. (https://www.nokia.com/asset/164728) (Last accessed March 11, 2026) | nodes makes this structural asymmetry explicit.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this limitation is to provide a network topology where specific nodes are connected to specific communication rings based on their role and requirements, rather than all nodes being universally connected to all rings, thereby enabling efficient and scalable network design. The Nokia 7750 SR performs this FUNCTION by offering modular, scalable routers that allow network architects to tailor connectivity for different network roles. The WAY the accused product performs this function is substantially the same because its modular hardware (XMA-s) and software (SR OS) allow for the selective configuration of interfaces and logical connections. The RESULT is substantially the same in that the network achieves efficient resource utilization, improved performance, and enhanced scalability by avoiding unnecessary or redundant connections. |
| **wherein the anchor ring is the only communication ring of the communication network connected to all the nodes of the plurality of ring nodes,** | The G.8032 "major ring" (also called the "top level major ring" in Nokia's Services Overview Guide at page 79) is the only communication ring connected to all nodes in the network.<br><br>All nodes are connected to the major ring — either directly as ring members, or through interconnect nodes that participate in both the sub-ring and the major ring, making them shared connection points.<br><br>(https://infocenter.nokia.com/public/7750SR222R1A/topic/com.nokia.Services_Overview_Guide/ethernet_ring_s-d10e4887.html) (Last accessed March 11, 2026)<br><br>Sub-rings connect to the major ring via interconnect nodes that are members of both the sub-ring and the major ring. Sub-rings do not span all nodes; each sub-ring connects only a subset of nodes in the network. The major | When the Nokia 7750 SR is deployed in a G.8032 multi-ring/sub-ring topology, the "major ring" is the anchor ring and is the only communication ring connected to all the nodes. Every node in the multi-ring network is connected to the major ring: nodes that are direct members of the major ring are connected by virtue of their ring membership, and sub- |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | ring, functioning as the anchor ring, is the only ring to which every node is connected: direct members are connected by ring membership, and sub-ring nodes are connected through their shared interconnect nodes.<br><br>The major ring is therefore the sole ring providing all-to-all connectivity across the entire multi-ring network.<br><br>(https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026)<br><br>(https://documentation.nokia.com/acg/23-7-2/books/md-cli-part-ii/m1071-g8032-multiring-md-cli.html) (Last accessed March 11, 2026) | ring nodes are connected to the major ring through interconnect nodes that are themselves members of both the sub-ring and the major ring.<br><br>From a network topology perspective, interconnect nodes serve as shared members of both rings, and through these shared nodes, sub-ring nodes are connected to the major ring. The major ring thus provides the universal connectivity backbone for the entire network — it is the only ring through which all-to-all communication among every node in the network is possible. No sub-ring satisfies this condition because each sub-ring connects only a subset of nodes. This directly maps to the patent's requirement that "exactly one" anchor ring is "the only communication ring of the communication network connected to all the nodes."<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: To the extent a Court determines that the major ring's connection to sub-ring nodes through interconnect nodes does not literally satisfy "connected to all the nodes," this sub-element is met under the doctrine of equivalents (DOE).<br><br>The FUNCTION of the anchor ring being "the only communication ring connected to all the nodes" is to serve as the universal connectivity backbone ensuring that every node in the network has a communication path through a single, central ring. The Nokia 7750 SR's major ring performs substantially the same function: it is the sole ring through which all nodes — whether direct members or sub-ring members — can communicate with any other node in the network. The WAY the |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | | accused product achieves this function is through ring-based forwarding on the major ring, where sub-ring nodes access the major ring via interconnect nodes that participate in both rings, thereby extending the major ring's connectivity to every node in the topology. The RESULT is that all nodes in the multi-ring network can communicate through the major ring, making it the singular ring providing all-to-all network connectivity — the same result achieved by the patented "anchor ring." |
| **wherein at least two ring nodes of the plurality of ring nodes are each connected to at least two of the communication rings,** | The G.8032 sub-ring/major ring architecture directly satisfies this element. In a sub-ring configuration, at least two "interconnect nodes" connect the sub-ring to the major ring. These interconnect nodes are, by definition, members of both the major ring and the sub-ring -- meaning they are "each connected to at least two of the communication rings." (https://infocenter.nokia.com/public/7750SR222R1A/topic/com.nokia.Services_Overview_Guide/ethernet_ring_s-d10e4887.html) (Last accessed March 11, 2026)<br><br>The Nokia 7750 SR-OS Services Guide confirms: "Ethernet Sub-Rings offer a dual redundant way to interconnect rings," indicating at least two interconnect points between rings. (https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026)<br><br>The Nokia 7750 SR explicitly supports G.8032v2 sub-ring configurations where two interconnect nodes connect a sub-ring to a major ring. (https://documentation.nokia.com/acg/23-7-2/books/md-cli-part-ii/m1071-g8032-multiring-md-cli.html) (Last accessed March 11, 2026)<br><br>The 7750 SR's modular design, including XMA-s adapters with universal connectors supporting 10GE, 100GE, and 400GE speeds, enables multiple connections. The flexible breakout options (including 10 x 10GE, 2 x 100GE, 4 x 100GE) demonstrate capacity for multiple simultaneous ring connections. (https://www.nokia.com/asset/205421) (https://www.nokia.com/asset/205422) (Last accessed March 11, 2026) | In a G.8032 sub-ring configuration, at least two interconnect nodes serve as the bridge between the major ring and the sub-ring. Each interconnect node is connected to both the major ring and the sub-ring -- i.e., "at least two of the communication rings." This is a documented and standard deployment configuration for the Nokia 7750 SR. The 7750 SR's modular design with high-density interface options physically enables these multi-ring connections.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this element is to provide redundant paths for data transmission and enhance network resilience and capacity. The Nokia 7750 SR, through its highly modular and flexible interface architecture, performs this same FUNCTION by allowing a single router (node) to establish multiple connections to different network segments, which can be |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | | configured as distinct communication rings. The WAY the accused product performs this function is by utilizing its numerous high-density, multi-speed interfaces to physically and logically connect to and participate in multiple communication rings simultaneously. The RESULT achieved is substantially the same: enhanced network resilience, fault tolerance, and increased aggregate bandwidth. |
| **and wherein each individual ring node of the plurality of ring nodes is arranged to:** | The Nokia 7750 SR is "purpose-built to meet the demands of next-generation IP networks." Its XMA-s adapters perform "packet lookups, traffic classification, processing and forwarding, service enablement and QoS." The hardware (FP routing silicon, XMA-s adapters) and software (SR OS) demonstrate that each router is configured and structured to execute its designated network functions. (https://www.nokia.com/asset/205421) (Last accessed March 11, 2026)<br><br>Nokia's Advanced Configuration Guide provides step-by-step procedures for configuring G.8032 ring topology on these platforms, including ring instance creation, ring port assignment, RPL owner designation, and timer configuration. Each router in the ring is a "ring node" that participates in the ring protection protocol. The configuration process involves explicit CLI commands that define the ring topology parameters -- this is the "arranging" step the claim describes. (https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026)<br><br>The 7750 SR supports "edge routing, core routing, data center gateways, multi-access gateways, fixed-wireless gateways, broadband network gateways, IPsec gateways, and aggregation." (https://www.nokia.com/asset/164728) (Last accessed March 11, 2026) | The phrase "arranged to" signifies that the node possesses the necessary design, configuration, and capability to perform specific tasks. Nokia's documentation confirms that the 7750 SR is explicitly arranged -- through hardware design, software configuration, and documented deployment procedures -- to perform all the functions detailed in the subsequent claim elements. The combination of FP routing silicon hardware and the SR OS software platform provides the architecture for the 7750 SR to perform the packet acceptance, egress determination, ring identification, ringlet selection, and packet forwarding operations described in the following elements.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of "arranged to" is to indicate that the node possesses the necessary design, configuration, and capability to perform specific tasks. The Nokia 7750 SR performs this function by being explicitly designed and |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | | manufactured with the hardware (FP routing silicon, XMA-s adapters) and software (SR OS) components that enable it to execute a wide array of network functions. The WAY is substantially the same, as its internal architecture and operational programming provide the inherent capacity and readiness for these functions. The RESULT is that the Nokia 7750 SR achieves substantially the same outcome of a network node being capable and ready to perform its designated roles within a network. |
| **accept a data packet comprising one or more header fields,** | The Nokia 7750 SR is a "High-performance IP edge and core router" that provides "deterministic packet forwarding." Its FP4/FP5 routing silicon performs "packet lookups, traffic classification, processing and forwarding." (https://www.nokia.com/asset/205422) (https://www.nokia.com/asset/205421) (Last accessed March 11, 2026)<br><br>The 7750 SR accepts Ethernet data packets from connected user nodes and from ring network interfaces. The 7750 SR extracts frame attributes including the VLAN tag (802.1Q) which is used in both G.8032 ring membership determination and EVPN DF election. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026)<br><br>The 7750 SR supports "IP/MPLS routing" which inherently involves processing packets with IP and MPLS headers. (https://www.nokia.com/ip-networks/7750-service-router/) (Last accessed March 11, 2026)<br><br>Nokia's Service Router Operating System (SR OS) provides "exceptional IP network performance." (https://www.nokia.com/ip-networks/service-router-operating-system-nos/) (Last accessed March 11, 2026) | The Nokia 7750 SR's core function as an IP router requires accepting data packets with header fields. Nokia's documentation confirms the extraction and processing of specific header field values for routing and ring protection purposes. As an IP router, it necessarily accepts data packets containing IP headers, Ethernet headers, MPLS labels, VLAN tags, and other protocol headers. The FP4/FP5 routing silicon performs "packet lookups" and "traffic classification" which requires reading and processing these header fields.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this element is to receive and process a unit of data that contains control information for its handling. The Nokia 7750 SR performs this function by accepting data packets. The WAY is by processing these data packets, which inherently contain header |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | | fields providing the necessary control information for routing and forwarding. The RESULT is that the router can correctly identify, process, and forward the data unit to its intended destination. |
| **determine an egress ring node to which the data packet is to be forwarded,** | The 7750 SR's FP4/FP5 routing silicon and SR OS perform "packet lookups, traffic classification, processing and forwarding." The portfolio delivers "deterministic packet forwarding, advanced IP/MPLS capabilities." (https://www.nokia.com/asset/205422) (https://www.nokia.com/asset/205421) (Last accessed March 11, 2026)<br><br>The 7750 SR utilizes routing algorithms that define egress nodes based on analyzed header fields. The network processor determines the egress path by referencing routing tables which include ring topologies and node addresses. In a G.8032 ring deployment, each ring node uses the ring state information maintained from R-APS messages to determine which ring port to use for forwarding traffic to each destination. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026)<br><br>In an EVPN context, the DF election mechanism determines which PE (egress node) is responsible for forwarding traffic for specific VLANs. (https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html) (Last accessed March 11, 2026)<br><br>Nokia's Service Router Operating System (SR OS) is described as "proven router software" that ensures "exceptional IP network performance." (https://www.nokia.com/ip-networks/service-router-operating-system-nos/) (Last accessed March 11, 2026) | The Nokia 7750 SR's routing engine and forwarding plane determine the appropriate egress ring node for each packet by consulting routing tables, the forwarding information base, G.8032 ring state information, and EVPN DF election results. The "deterministic packet forwarding" capability confirms precise egress determination. This is the fundamental function of the router: every packet processed must have its next-hop (egress node) determined before forwarding.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this element is to identify the specific output point (node) in a ring network for a data packet. The Nokia 7750 SR's forwarding complex performs the corresponding function of identifying the next hop or egress interface. The WAY this function is performed is by executing packet lookups, traffic classification, and processing using its FP routing silicon and SR OS to consult routing tables and determine the appropriate outbound path. The RESULT achieved is that the data packet is successfully directed towards its intended destination. |
| **identify a subset of the communication rings** | In a G.8032 multi-ring/sub-ring topology, the 7750 SR's control plane must identify which rings are common to both the source node and the destination node to properly route traffic. For example, if both the source and | In a G.8032 multi-ring deployment, the SR OS control plane identifies |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| comprising one or more common communication rings that are connected to both the individual ring node and the egress ring node, | egress nodes are on the major ring, the major ring is the common ring. If both nodes are also on a shared sub-ring, then both the major ring and the sub-ring are common rings. (https://documentation.nokia.com/acg/23-7-2/books/classic-cli-part-ii/c071-g8032-multiring.html) (Last accessed March 11, 2026)<br><br>The router can isolate common rings between nodes to ensure packets are transferred without disruption, and the SR's routing protocols identify and leverage common ring structures to optimize data flow between the source and destination ring nodes. The G.8032 ring state management, maintained through R-APS messaging, provides each node with knowledge of the ring topology and ring connectivity. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026)<br><br>The SR OS "delivers deterministic packet forwarding, advanced IP/MPLS capabilities, deep automation, and carrier-grade security for edge, core, and data center roles." (https://www.nokia.com/ip-networks/service-router-operating-system-nos/) (Last accessed March 11, 2026) | which communication rings are shared between the current node and the egress node, enabling proper path selection for packet forwarding. The G.8032 ring state management, maintained through R-APS messaging, provides each node with knowledge of the ring topology and ring connectivity, allowing identification of common rings between any two nodes.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this element is to determine shared communication paths (rings) between two points in a network. The Nokia 7750 SR, through its SR OS, performs the corresponding function of identifying common network segments or links between nodes in a ring topology. The WAY this is performed is by analyzing network topology information and routing tables. The RESULT is that the Nokia 7750 SR can effectively route traffic and manage services in ring-based networks by utilizing these shared paths. |
| select, responsively to a respective value of at least one of the header fields of the packet, a ringlet of a communication ring among the one or more common communication rings, | **EVPN DF Election:** The Nokia 7750 SR's EVPN DF election procedure uses a modulo-based algorithm (Vi mod N, where Vi is the VLAN identifier and N is the number of PEs on the Ethernet Segment) to deterministically select one PE as the Designated Forwarder for each VLAN. The VLAN identifier is extracted from the 802.1Q tag in the data packet header -- this is a "respective value of at least one of the header fields of the packet." The modulo-based algorithm deterministically maps this header field value to a specific forwarding path (ringlet). The FP5-based platforms support advanced DF election algorithms including Type 0 (Default: D[i] = (V + Si) mod N) and Type 3 (Preference-based, per RFC 8584). (https://documentation.nokia.com/sr/22-10/books/layer-2-services-evpn/evpn.html) (Last accessed March 11, 2026)<br><br>**ECMP Hash-Based Path Selection:** The 7750 SR performs ECMP (Equal-Cost Multi-Path) hashing on packet header fields (source/destination IP, protocol, port numbers) to distribute traffic across multiple equal-cost paths, including paths corresponding to different ring directions. (https://www.nokia.com/asset/205422) (Last accessed March 11, 2026) | This element is the most technically demanding. For the EVPN DF election mechanism, the VLAN ID (a header field value) is extracted from the packet and used through a deterministic algorithm (Vi mod N) to select the forwarding path (ringlet). ECMP hashing provides additional support through its use of multiple header fields to select among available paths, including |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | **MPLS-TE / SR-TE CSPF Path Selection:** Nokia SR OS provides CSPF-based path selection for MPLS-TE where different ring directions are independently evaluated as traffic engineering resources. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026)<br><br>The 7750 SR's FP routing silicon performs "traffic classification" which inherently involves inspecting header field values to make forwarding decisions. The SR OS supports Service Access Points (SAPs) where service-specific packet classification and forwarding rules are applied based on packet headers. (https://documentation.nokia.com/html/0_add-h-f/93-0076-HTML/7750_SR_OS_Services_Overview_Guide/services.html) (Last accessed March 11, 2026) | clockwise and counterclockwise ring directions.<br><br>The Accused Products infringe via both G.8032 ring topology and EVPN DF election.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this element is to determine a specific path (a ringlet) for a packet based on information contained within the packet's header fields. The Nokia 7750 SR performs this FUNCTION by using its FP routing silicon and SR OS to classify traffic by inspecting packet headers and then making forwarding decisions. The WAY this is performed is substantially the same: it analyzes specific values in packet header fields to identify the packet's characteristics and then uses this information to direct the packet along a predetermined path. The RESULT is substantially the same: the packet is directed to an appropriate ringlet within a communication ring, ensuring efficient and policy-compliant delivery. |
| **and forward the data packet to the egress ring node over the selected ringlet.** | The Nokia 7750 SR is a "High-performance IP edge and core router" that performs "deterministic packet forwarding." It utilizes FP4/FP5 routing silicon and SR OS. The XMA-s contain "FP4-based forwarding complexes that perform functions such as packet lookups, traffic classification, processing and forwarding." (https://www.nokia.com/asset/205422) (Last accessed March 11, 2026)<br><br>In a ring topology, the forwarding plane transmits packets through selected interfaces to determined next-hop nodes. The G.8032 ring state management ensures that each node knows which ring port is active and which direction to forward traffic. (https://documentation.nokia.com/sr/25-7/7750-sr/books/interface-configuration/g.8032-protected-ethernet-rings.html) (Last accessed March 11, 2026)<br><br>The 7750 SR supports "a full array of network functions and services" and is designed to handle "unprecedented traffic growth and unpredictable demands." (https://www.nokia.com/asset/164728) (Last accessed March 11, 2026) | The Nokia 7750 SR's forwarding plane, powered by FP4/FP5 routing silicon and SR OS, transmits data packets through selected ring ports (ringlets) to the determined egress ring nodes. This is the fundamental forwarding function of the router, performed through its hardware forwarding complexes and software-defined forwarding rules. In a G.8032 ring topology, the selected ringlet (determined through the header- |

| Claim Language | Evidence of Infringement | Explanation |
|---|---|---|
| | The 7750 SR supports high-density interfaces (10GE to 800GE) for physical transmission of data packets over specific network links. (https://www.nokia.com/asset/205421) (Last accessed March 11, 2026) | field-responsive selection process) is the specific ring port used for transmission. The 7750 SR's high-density interface support (10GE to 800GE) provides the physical capability for transmitting packets over the selected ringlet to the egress node.<br><br>**Doctrine of Equivalents**<br><br>Doctrine of Equivalents: This claim is literally infringed by Defendants. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE).<br><br>The FUNCTION of this element is to transmit a data packet from an individual ring node to a subsequent egress ring node via a chosen specific communication path. The Nokia 7750 SR performs the corresponding function of transmitting data packets from itself (as a router) to the next hop router or device (egress node) over a specific link. The WAY the accused product performs this function is by using its routing engine and forwarding plane (FP4/FP5 silicon) to push data packets out of a selected physical interface, which acts as the "ringlet," towards the determined egress node. The RESULT is that the data packet successfully traverses a segment of the network from one node to the next, progressing towards its ultimate destination. |

## INDIRECT INFRINGEMENT BY NOKIA

On information and belief, Defendants, in addition to directly infringing the Asserted Patents, infringe each of the Asserted Patents indirectly. Nokia actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011).

Knowledge. On information and belief, Nokia has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. Nokia's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. Nokia actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendants' knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by Nokia.