## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:26-CV-00199

Plaintiff:
**HIGH IQ NETWORKS LLC**

vs.

Defendants:
**NOKIA CORPORATION, NOKIA OF
AMERICA CORPORATION, AND NOKIA
SOLUTIONS AND NETWORKS OY**

Received these papers on the 19th day of March, 2026 at 9:00 am to be served on **NOKIA OF AMERICA CORPORATION by delivering to its Registered Agent, PRENTICE HALL CORPORATION SYSTEM, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Vivian Smith, being duly sworn, depose and say that on the **19th day of March, 2026 at 11:50 am, I:**

hand-delivered a true copy of this **Summons on Nokia America Corporation and Complaint with Exhibits and Civil Cover Sheet, Form AO 120, and Corporate Disclosure Statement,** to **NOKIA OF AMERICA CORPORATION by delivering to its Registered Agent, PRENTICE HALL CORPORATION SYSTEM** by and through its authorized agent, **KANEISHA GROSS,** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of March, 2026 by the affiant who is personally known to me.



NOTARY PUBLIC

**HELEN BROUSSARD**
Notary ID #130429927
My Commission Expires
November 16, 2027

**Vivian Smith**
PSC-12617, Exp. 5/31/2028

Our Job Serial Number: THP-2026001771
Ref: 0780140, 0780142

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| HIGH IQ NETWORKS LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:26-cv-00199 |
| | ) | |
| NOKIA CORPORATION, | ) | |
| NOKIA OF AMERICA CORPORATION, and | ) | |
| NOKIA SOLUTIONS AND NETWORKS OY, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nokia of America Corporation
c/o Prentice Hall Corporation System
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Erick S. Robinson
CHERRY JOHNSON SIEGMUND JAMES PC
104 E Houston Street, Suite 115
Marshall, TX 75670
(254) 732-2242
erobinson@cjsjlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    03/13/2026

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-00199

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

RETURN / AFFIDAVIT
PROOF / ATTACHED

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: