## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HIGH IQ NETWORKS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00199-JRG |
| | § | |
| NOKIA CORPORATION, NOKIA OF | § | |
| AMERICA CORPORATION, and NOKIA | § | |
| SOLUTIONS AND NETWORKS OY, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Plaintiff High IQ Networks LLC ("Plaintiff"). (Dkt. No. 22.) In the Motion, Plaintiff seeks an extension up to and including August 10, 2026 to comply with P.R. 3-1 & 3-2, and an extension up to and including October 5, 2026 to comply with P.R. 3-3 & 3-4. (*Id*. at 1-2.) The Motion is unopposed. (*Id*. at 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the parties to comply with P.R. 3-1 & 3-2 is **extended** up to and including August 10, 2026, and the deadline for the parties to comply with P.R. 3-3 & 3-4 is **extended** up to and including October 5, 2026.

**So ORDERED and SIGNED this 29th day of July, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE