**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HIGH IQ NETWORKS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00199-JRG |

**ORDER**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff High IQ Networks LLC ("Plaintiff") and Defendants Nokia Corporation, Nokia of America Corporation, and Nokia Solutions and Networks Oy ("Defendants") (collectively, the "Parties"). (Dkt. No. 25.) In the Motion, the Parties represent that "all matters in controversy have been settled in principle." (*Id.* at 1.) The Parties request a stay of the above-captioned case for 30 days to allow them time to finalize and execute a settlement agreement. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 30 days, up to and including September 6, 2026, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 7th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE