**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HIGH IQ NETWORKS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00199-JRG |

**ORDER**

Before the Court is the Joint Motion for Additional Time and Stay of Deadlines (the "Motion") filed by Plaintiff High IQ Networks LLC and Defendants Nokia Corporation, Nokia of America Corporation, and Nokia Solutions and Networks Oy (collectively, the "Parties"). (Dkt. No. 27.) In the Motion, the Parties represent that "all matters in controversy have been settled in principle" (*Id.* at 1.) On August 7, 2026, the Court entered a 30 day stay to allow the Parties time to prepare and submit dismissal papers. (Dkt. No. 26.) In the Motion, the Parties request a stay of an additional 14 days, up to and including September 20, 2026. (Dkt. No. 27 at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for an additional 14 days, up to and including September 20, 2026, during which time appropriate dismissal papers are to be filed with the Court. The Parties should not expect additional extensions of time absent exceptional circumstances.

**So ORDERED and SIGNED this 31st day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE