**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HIGH IQ NETWORKS, LLC,<br>*Plaintiff,*<br><br>*v.*<br><br>NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, and NOKIA SOLUTIONS AND NETWORKS OY,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 2:26-cv-00199-JRG**<br><br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

Plaintiff High IQ Networks, LLC and Defendants Nokia Corporation, Nokia of America Corporation, and Nokia Solutions and Networks Oy (collectively, the "Parties") jointly request and move to dismiss with prejudice all claims asserted by Plaintiff in this action; and for Defendants' counterclaims to be dismissed without prejudice. All attorneys' fees, costs and expenses will be borne by the party incurring the same. An order is attached herewith.

Dated: September 22, 2026

*Respectfully submitted,*

*/s/ Erick S. Robinson*
**Erick S. Robinson** (Lead Counsel)
Texas Bar No. 24039142
erobinson@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC
104 E Houston Street, Suite 115
Marshall, Texas 75670
Tel: (713) 498-6047
Fax: (713) 583-9737

*Attorneys for Plaintiff High IQ Networks LLC*

*/s/ Deron R. Dacus*
**Deron R. Dacus** (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903-705-1117
Facsimile: 903-581-2543

*Attorney for Defendants Nokia Corporation, Nokia of America Corporation, and Nokia Solutions and Networks Oy*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Erick S. Robinson*
Erick S. Robinson

**CERTIFICATE OF AUTHORIZATION TO FILE**

I HEREBY CERTIFY that counsel for Defendants has authorized the filing of this Joint Motion to Dismiss and the use of his electronic signature above.

*/s/ Erick S. Robinson*
Erick S. Robinson